EXHIBIT A

## IN THE COUNTY COURT OF THE FOURTH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

TAVARIS TYRONE CARTREZ POLLOCK,

                                              CASE NO:

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, **TAVARIS TYRONE CARTREZ POLLOCK** ("**Plaintiff**"), by and through the undersigned counsel, and hereby sues Defendant, **Experian Information Solutions, Inc.** ("**Defendant**"), and in support thereof, states the following:

### PRELIMINARY STATEMENT

1.     This is an action for damages that exceeds $8,000 but are less than $50,000, exclusive of attorney's fees and cost, brought by Plaintiff against Defendant, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

### JURISDICTION AND VENUE

2.     Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p and Fla. Stat. § 34.01.

3.     Experian is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to Fla. Stat. § 48.193.

4.     Venue is proper in Duval County, Florida, pursuant to Fla. Stat. § 47.051, because the acts complained of were committed and/or caused by Defendant therein.

### PARTIES

5.     Plaintiff is a natural person, and a citizen of the State of Florida, residing in

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/30/2025 11:33:12 AM

Hillsborough County, Florida.

6.      Plaintiff is a Consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

7.      Defendant is a California Profit Corporation, with a principal business address of 475 Anton Boulevard, Costa Mesa, California 92626.

8.      Defendant is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, 1200 South Pine Road, Plantation, FL 33324.

9.      Defendant is a nationwide *Consumer Reporting Agency* ("**CRA**") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet. As a CRA, Defendant is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

### First, A Quick Background on Credit Reporting

10.     Credit reporting is a fact of modern life.

11.     Plaintiff, like other consumers in America, has no choice on whether private companies, such as Defendant, maintain and sell credit reports on Plaintiff to other companies typically known as "users" of credit reports[1].

12.     Plaintiff's sole comfort is to know that all such reporting is performed accurately

---

[1] There are some technical differences in consumer reports and consumer disclosures but in this Complaint, Plaintiff will use the common industry term of "credit report" which is also used in the official site to pull your free reports at www.AnnualCreditReport.com that the Federal Government forced the three credit bureaus -- Equifax, Experian, and Trans Union –to setup for consumers.

and completely.

13.    Defendant is not allowed to report false information.

14.    Defendant is not allowed under the law to report incomplete information.

15.    Congress passed the FCRA and specifically stated in Section 1681(a)(4) that "There is a need to insure that consumer reporting agencies exercise their **grave responsibilities** with fairness, impartiality, and a respect for the consumer's privacy." (Emphasis added).

**The Dispute Method of Correcting False/Incomplete Information Under The FCRA**

16.    When a consumer, such as Plaintiff, realizes there is false or incomplete information on their credit reports or consumer disclosures, Plaintiff has the right to dispute this with Defendant.

17.    The consumer simply disputes (verbally by phone, online, by fax, or by mail) to Defendant Experian and requests an investigation of information so that the information will be corrected (if possible) or deleted.

18.    Defendant must notify the furnisher of the dispute within the time limits set forth by the FCRA.

19.    If Defendant does not notify the furnisher as required by the FCRA this is a violation of the FCRA by Defendant.

20.    Defendant must do its own reasonable investigation into the dispute which includes examining all the information Defendant has or can reasonably obtain to assist in the investigation.

21.    Defendant must correct inaccurate or incomplete information or delete the account if the account is found to be inaccurate, incomplete, or cannot be verified for accuracy.

**The Accounts at Issue**

22.    Plaintiff disputed multiple accounts on his Experian credit report. Despite this

dispute, Defendant failed to ensure the accuracy or completeness of the information and did not delete the erroneous entry from Plaintiff's credit report. The disputed accounts are:

- **121 FINANCIAL CREDIT UNION (Account No. 452185XXXXXXXXXX)**

- **1ST DIGITAL/SYNOVUS/VT (Account No. 526449XXXXXXXXXX**

- **VYSTAR CREDIT UNION (Account No. 400519XXXXXXXXXX)**

- **VYSTAR CREDIT UNION (Account No. 510750XXXXXX)**

    **(the "Accounts")**.

## **Personal Information**

23.    Plaintiff disputed his personal information as reported on his credit report and provided the correct and only information that should be listed on his credit report. The disputed information included his name, date of birth, social security number, address, and telephone number as it should appear on his credit report.

## **Plaintiff Disputed Errors But The False/Incomplete Information on The Account was Not Corrected or Deleted By Defendant**

24.    On or about April 30, 2025, Plaintiff sent Defendant a written dispute letter related to the Accounts. *See* **Exhibit "A" (April 30, 2025 Redacted Dispute Letter)**.

25.    The errors were clearly spelled out for Defendant to understand the nature of the errors.

26.    The errors consisted of inaccurate information and incomplete information on the Accounts.

27.    Defendant received the letter on or about May 9, 2025. (Tracking No. 9405530109355146290683).

28.    Defendant did not respond to Plaintiff's Dispute Letter.

**Plaintiff Disputed Errors Regarding His Personal Information But the
False/Incomplete/Inaccurate Personal Information Was Not
Corrected or Deleted By Defendant**

29.    Defendant received Plaintiff's Dispute Letter relating to his personal information

on April 30, 2025. *See* **Exhibit "A."**

30.    Plaintiff provided the only and correct information that should be listed as his

personal information on his credit report.

31.    The correct information as it should be listed was clearly spelled out for Defendant.

32.    Defendant received the letter on or about May 9, 2025. (Tracking No.

9405530109355146290683).

33.    Defendant failed to respond to Plaintiff regarding his personal information.

**Defendant's Investigations (If Any) Violated The FCRA As Each Investigation Was Done
Negligently, Willfully and/or Recklessly with Disregard for Plaintiff and The FCRA**

34.    The disputes were simple – the specific inaccurate and incomplete information (and

information that could not be verified) were identified for the Accounts.

35.    The disputed incomplete and/or inaccurate personal information was spelled out

and provided very clearly to Defendant.

36.    Defendant knew it was not allowed to report incomplete or inaccurate information

or information that could not be verified but it did so anyway.

37.    These fundamental rules of credit reporting, as applied to Plaintiff's Accounts and

personal information, were not changed, willfully, recklessly, and/or negligently, by Defendant.

38.    Had Defendant looked in even the most cursory way at the dispute, it would have

seen that the errors were obvious, and the Accounts and personal information would have been

corrected and/or deleted.

39.    Defendant failed to delete these Accounts as reflected in **Exhibit "B" (Plaintiff's**

**July 1, 2025 Experian Credit Report)** and/or correct the inaccurate personal information.

40.     To date, Defendant has failed to delete these Accounts and/or correct the inaccurate/incomplete information, as reflected in **Exhibit "C" (Plaintiff's November 26, 2025 Experian Credit Report),** and/or correct the inaccurate personal information.

41.     All actions of Defendant fall woefully short of the requirements of the FCRA for Defendant to do a reasonable investigation.

42.     If Defendant performed even a negligent investigation, it is more likely than not, the false and incomplete Accounts would have been corrected and/or deleted from Plaintiff's credit report.

43.     A reasonable investigation would have certainly resulted in the correction or deletion of the Accounts and/or inaccurate personal information as the information related to the Accounts consisted of data directly from the credit report produced by Defendant, and Plaintiff provided Defendant with documentation and information to correct these Accounts and his personal information.

44.     The Accounts and personal information were described in detail, the errors were described in detail showing in words and in markings on the credit report pages (included with the Dispute Letter) the missing (incomplete) information, and the contradictory information and it was obvious to Defendant what needed to be done, but Defendant refused to reasonably investigate, and reflect the accurate information for the Accounts and the personal information.

45.     Defendant has refused to invest the time, money, and effort to carry out its federally mandated duties of investigation.

46.     Defendant negligently, recklessly, wantonly and/or willfully violated the requirement of reasonable investigation as required under the FCRA.

47.    The result is that the obviously wrong, inaccurate, and/or incomplete Accounts and personal information, were allowed to stay on Plaintiff

48.    Defendant has continued to report, even after its wrongful investigation, the Accounts and personal information, thus failing to use all reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports.

49.    Defendant has allowed users to access Plaintiff's credit report before the dispute, during the dispute time period, and even after the investigations (if any) by Defendant were concluded.

50.    Certainly, after Plaintiff notified Defendant, it knew that the Accounts and personal information should not and could not remain on Plaintiff's credit reports unless corrected.

51.    Defendant refused not only to properly investigate under Section 1681i but also refused to remove these Accounts and the incomplete and/or inaccurate personal information under Section 1681e(b) which is the maximum possible accuracy Section 1681e(b) of the FCRA.

52.    By allowing the Accounts to remain on Plaintiff's credit reports with the inaccurate, incomplete, unverifiable and/or contradictory information, Defendant created and allowed misleading information which would, more likely than not, mislead users of Defendant's reports to believe these Accounts were properly being reported and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit reports when in fact the Accounts were required by law to be deleted when Defendant decided to allow the Accounts to have inaccurate, incomplete, unverifiable and/or contradictory information.

53.    By allowing the personal information to remain on Plaintiff's credit reports with the inaccurate, incomplete, unverifiable and/or contradictory information, Defendant created and allowed misleading information which would more likely than not mislead users of Defendant

Experian reports to believe this information was properly reported and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit reports when in fact the disputed personal information was required by law to be delete when Defendant decided to allow the disputed personal information to remain inaccurate, incomplete, unverifiable and/or contradictory on Plaintiff's credit reports.

54.    The FCRA is clear that accounts with inaccurate, incomplete, unverifiable and/or contradictory information are not allowed to remain on the credit reports in a similar manner that obsolete accounts (even if they belong to the consumer) are not allowed to remain on the credit reports after the time period allowed by the FCRA.

55.    The FCRA is also clear that personal information with inaccurate, incomplete, unverified and/or contradictory information is not allowed to remain on credit reports.

56.    Defendant caused an inaccurate and misleading picture to appear of Plaintiff to users of reports by Defendant when Defendant refused to correct or delete these Accounts and/or personal information at issue.

**Defendant Refused To Provide Plaintiff With a Full File Disclosure as Required by § 1681g of the FCRA**

57.    Plaintiff requested Plaintiff's full file disclosure under Section 1681g of the FCRA.

58.    The full file disclosure is more than what is provided in a consumer report or a credit report – it is all the information the credit bureau has on the consumer.

59.    But Defendant refused to give this to Plaintiff.

60.    The law is very simple under Section 1681g – provide everything to the consumer that is in the consumer's file.

61.    Defendant knew Plaintiff had requested this information, had identified who they were by providing identification documents, and requested their consumer file be sent to Plaintiff's

home address.

62.    Defendant refused to provide all the data contained in its files.

63.    As one simple example, there are accounts with missing data, even though Defendant has this data.

64.    Defendant has deprived Plaintiff of Plaintiff's right to see everything in Plaintiff's file that is required to be provided to Plaintiff under Section 1681g.

65.    Without having access to all the information in Plaintiff's file, Plaintiff is unable to determine if there is additional inaccurate/incomplete information that Plaintiff needs to dispute had Plaintiff been given the full file as required by law.

## Defendant Refused to Accept Plaintiff's Consumer Statement As Required By § 1681i

66.    Plaintiff specifically requested, as is Plaintiff's right under Section 1681i, a statement to be added to the Plaintiff's consumer file about the inaccurate and incomplete data on the Account.

67.    Defendant refused to do this.

68.    Defendant has no right to do this as Plaintiff met the requirements under Section 1681i.

69.    Defendant refused to explain to Plaintiff why Defendant is violating the law in this manner.

## Damages Suffered By Plaintiff Due To The Actions of Defendant

70.    Plaintiff has suffered actual damages because of these illegal actions by Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions (and Plaintiff had physical manifestations of such emotions), damage to credit, economic loss, as well as suffering from unjustified and abusive

invasions of personal privacy. All such damages have been suffered in the past, are continuing to be suffered, and such damages will continue in the future.

71.     All actions (and omissions) by any employee or agent of Defendant were taken in the line and scope of such employment or agency.

72.     Plaintiff has hired the undersigned counsel to represent Plaintiff in this matter and has assigned them the right to obtain reimbursement for reasonable fees and costs.

## COUNT I
## DEFENDANT'S WILFUL VIOLATION OF THE FCRA- 15 U.S.C. § 1681e(b)

73.     Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

74.     Plaintiff alleges that at all relevant times Defendant failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the Accounts in question, as well as the disputed personal information, violating 15 U.S.C. § 1681e(b).

75.     On at least one occasion within the past year, by example, and without limitation, Defendant violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure the maximum possible accuracy in the preparation of the credit reports and credit files published and maintained concerning Plaintiff.

76.     Plaintiff has suffered damages as a result of the incorrect reporting and Defendant's failure to correct the credit report pertaining to Plaintiff.

77.     Defendant has willfully and recklessly failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the failure to follow reasonable procedures to insure the maximum possible accuracy of the information reported.

78.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One

Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

79.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

80.     As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.     The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000.00) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.     Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.     Such other relief that this Court deems just and proper.

## COUNT II
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA-
## 15 U.S.C. § 1681e(b)

81.     Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

82.     Defendant owed Plaintiff a legal duty to follow reasonable procedures to assure maximum possible accuracy of information in reports it sold regarding Plaintiff, pursuant to 15 U.S.C. § 1681e(b).

83.      On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681e(b) by selling reports regarding Plaintiff including the inaccurate, incomplete and/or unverified disputed information.

84.    The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

85.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

86.    As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.    Such other relief that this Court deems just and proper.

## COUNT III
## DEFENDANT'S WILFUL VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(1)(A)

87.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

88.    On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

89.    Defendant did not properly notify the Accounts furnishers of the dispute as required by the FCRA and this violates 15 U.S.C. § 1681i or alternatively, Defendant did notify the Accounts furnishers; Plaintiff pleads this alternatively as only Defendant knows if it followed the law, and this will come out in discovery.

90.    Defendant failed to investigate, failed to delete information found to be inaccurate

or incomplete, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i and this was done willfully.

91.    Plaintiff alleges that Defendant failed to conduct a proper and lawful reinvestigation.

92.    Defendant has willfully and recklessly failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the failure to promptly and adequately investigate information which Defendant had notice was inaccurate and/or incomplete.

93.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

94.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

95.     As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.    Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.    Such other relief that this Court deems just and proper.

## COUNT IV
## DEFNEDANT'S NEGLIGENT VIOLATION OF THE FCRA –
## 15 U.S.C. § 1681i(a)(1)(A)

96.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

97.    Defendant owed Plaintiff a legal duty to conduct a reasonable reinvestigation with respect to the disputed information, pursuant to 15 U.S.C. § 1681i(a)(1)(A).

98.    On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

99.    Defendant negligently failed to properly notify the Accounts furnishers of the dispute as required by the FCRA and this violates 15 U.S.C. § 1681i or alternatively, Defendant did notify the Accounts furnishers; Plaintiff pleads this alternatively as only Defendant knows if it followed the law, and this will come out in discovery.

100.    Defendant negligently failed to investigate and/or reinvestigate, negligently failed to delete information found to be inaccurate or incomplete, reinserted the information without following the FCRA, and/or negligently failed to properly investigate and/or reinvestigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i.

101.    Plaintiff alleges that Defendant negligently failed to conduct a proper reinvestigation.

102.    Defendant's negligent failure to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the failure to promptly and adequately

investigate information which Defendant had notice was inaccurate and/or incomplete.

103.     The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

104.     Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

105.     As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.     Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.     Such other relief that this Court deems just and proper.

## COUNT V
## DEFENDANT'S WILLFUL VIOLATION OF THE FCRA – 15 U.S.C. § 1681i(a)(4)

106.     Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

107.     On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(4) by failing to review and consider all relevant information submitted by Plaintiff with respect to the disputed Accounts and personal information.

108.     Plaintiff directly notified Defendant of the dispute on the Accounts' completeness and accuracy.

109.     Defendant failed to review and consider all relevant information submitted by Plaintiff.

110.     Defendant has willfully and/or recklessly failed to comply with the FCRA.

111.     The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a]  the failure to review and consider all relevant information submitted by Plaintiff with respect to the disputed information; [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; and [c] the failure to take adequate steps to verify information Defendant had reason to believe was inaccurate before including it in the credit report of the consumer.

112.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

113.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

114.     As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.     The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per incident, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.     Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.      Such other relief that this Court deems just and proper.

## COUNT VI
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA –
## 15 U.S.C. § 1681i(a)(4)

115.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

116.    Defendant owed Plaintiff a legal duty to review and consider all relevant information submitted by the consumer with respect to the disputed information, pursuant to 15 U.S.C. § 1681i(a)(4).

117.    On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(4) by failing to consider and review all information submitted by Plaintiff regarding the disputed information.

118.    Defendant has negligently failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to review and consider all relevant information submitted by Plaintiff with respect to the disputed information; [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; and [c] the failure to take adequate steps to verify information Defendant had reason to believe was inaccurate before including it in the credit report of the consumer.

119.    The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

120.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

121.    As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered

damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.    Such other relief that this Court deems just and proper.

## COUNT VII
## DEFENDANT'S WILLFUL VIOLATION OF THE FCRA – 15 U.S.C. § 1681i(a)(5)

122.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

123.    On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(5) by failing to delete the inaccurate, incomplete, and/or unverified information.

124.    Defendant did not properly notify the Accounts' furnishers of the dispute as required by the FCRA and this violates 15 U.S.C. § 1681i or alternatively, Defendant did notify the Accounts furnishers; Plaintiff Pleads this alternatively as only Defendant knows if it followed the law, and this will come out in discovery.

125.    Defendant failed to investigate, failed to delete information found to be inaccurate or incomplete, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i and this was done wantonly and/or willfully.

126.    Plaintiff's credit reports from Defendant were accessed by users of Plaintiff's credit reports after the investigation (if any) by Defendant.

127.    These users obtained copies of Plaintiff's credit reports containing false, incomplete, and unverified information about the Accounts because Defendant refused to correct or delete the Accounts and the disputed personal information.

128.    Without any explanation or reason, Defendant continues to report this unverifiable, inaccurate, or otherwise incomplete information, about Plaintiff.

129.    Defendant refused to add Plaintiff's consumer statement to Plaintiff's file.

130.    Plaintiff has suffered damages as a result of Defendant's failure to correct the incorrect reporting and Defendant's failure to correct the credit report pertaining to Plaintiff.

131.    Defendant willfully failed to comply with the FCRA.

132.    Defendant's failures to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the continual placement of inaccurate and/or incomplete information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete; [c] the failure to promptly delete information that was found to be inaccurate, incomplete, could not be verified, or that the source of information after Plaintiff advised Defendant to delete; and [d] the failure to take adequate steps to verify information Defendant had reason to believe was inaccurate before including it in the credit report of the consumer.

133.    The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

134.    Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant

in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

135.    As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.    Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.    Such other relief that this Court deems just and proper.

### COUNT VIII
### DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA – 
### 15 U.S.C. § 1681i(a)(5)

136.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

137.    Defendant owed Plaintiff a legal duty to delete inaccurate, incomplete or unverified information, pursuant to 15 U.S.C. § 1681i(a)(5).

138.    On at least one occasion, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(5) by failing to delete the inaccurate, incomplete or unverified information from Plaintiff's credit report.

139.    Defendant has negligently failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the reiteration of inaccurate and/or incomplete information into the credit

report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete; [c] the failure to promptly delete information that was found to be inaccurate, incomplete, could not be verified, or that the source of information had advised Defendant to delete; and [f] the failure to take adequate steps to verify information Defendant had reason to believe was inaccurate before including it in the credit report of the consumer.

140.    The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o(a)(1).

141.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o(a)(2).

142.    As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.    Such other relief that this Court deems just and proper.

## COUNT IX
## DEFENDANT'S WILLFUL VIOLATION OF THE FCRA –
## 15 U.S.C. § 1681g(a)(1)

143.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

144.    On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681g(a)(1) by failing to clearly and accurately disclose to Plaintiff all information in the Plaintiff's consumer file at the time of the request.

145.     Plaintiff notified Defendant directly of a dispute on the Accounts' completeness and accuracy.

146.     At the same time, Plaintiff requested a complete file disclosure.

147.     Plaintiff requested Plaintiff's file disclosures, but Defendant refused to give Plaintiff the full file disclosure as required by the FCRA.

148.     Defendant has willfully and recklessly failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the failure to clearly and accurately disclose all information in Plaintiff's consumer file at the time the information was requested.

149.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

150.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

151.     As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.     The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.     Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.  Such other relief that this Court deems just and proper.

## COUNT X
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA - 15 U.S.C. § 1681g(a)(1)

152.    Plaintiff adopts and re-incorporates paragraphs 1-72 as if fully stated herein.

153.    Defendant owed Plaintiff a legal duty to clearly and accurately disclose to Plaintiff all information in Plaintiff's consumer file at the time of the request, pursuant to 15 U.S.C. § 1681g(a)(1).

154.    On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681g(a)(1) by failing to clearly and accurately disclose to the Plaintiff all information in the Plaintiff's consumer file at the time of the request.

155.    Defendant has negligently failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, failure to clearly and accurately disclose to Plaintiff all information in her consumer file at the time the information was requested.

156.    The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

157.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

158.    As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

WHEREFORE, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.      Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.      Such other relief that this Court deems just and proper.

<div align="center">

### <u>DEMAND FOR JURY TRIAL</u>

</div>

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: December 24, 2025.

Respectfully Submitted,

/s/ *Samantha Wood*

**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@babblaw.com
Secondary: kschofield@babblaw.com
**SAMANTHA R. WOOD, ESQ.**
Florida Bar. No. 1003177
Email: swood@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*

### <u>ATTACHED EXHIBIT LIST</u>

A.  Plaintiff's Redacted Dispute Letter to Defendant, April 30, 2025.
B.  Plaintiff's July 1, 2025, Experian Credit Report.
C.  Plaintiff's November 26, 2025, Experian Credit Report.

# EXHIBIT "A"

April 30, 2025

Experian
P.O. Box 9701
Allen, TX 75013

Dear Sir or Madam,

I require my complete file disclosure, and you must only report details about me that are 100% true and complete. I do not want you to report anything incomplete, inaccurate or inconsistent.

I have reviewed my Experian credit report which I have obtained from your credit reporting agency and the **Experian Report Number is 3688-6627-12** I have found out that in my credit report there is some information which is incomplete, inaccurate or inconsistent.

I am disputing the information which I believe is not true or incomplete, inaccurate or inconsistent information you have on my credit report and I want you to investigate inaccurate, incomplete, not authenticated or no longer valid information related to my personal information. This will ensure that you maintain only accurate information about me, reducing the likelihood of identity theft or a mixed file. I appreciate your efforts to retain the following correct details on my record:

The information listed below is the only accurate personal data you should have on record. Please delete any other information.

My **Name**: Tavaris Tyrone Cartrez Pollock
My **Date of Birth**: ███/1993
My **Social Security Number**: ███████0166
My **Correct Address**: 142 Sandy Beach Lane Atlantic Beach, FL 32233
My **Phone Number**: (904) 888-7712

I am requesting that you and the furnishers conduct a thorough investigation of the accounts I am disputing. Please forward a copy of this letter to each furnisher and ensure that both you and the furnishers comply with the law by performing a proper investigation. I am not asking for this request to be ignored or for you to send generic responses. I take the accuracy of my credit reports seriously, and it is essential that all information is correct, complete, and fully verified. My reports contain contradictory, incomplete, and incorrect information that cannot be verified. Whether these errors come from the furnishers providing inaccurate data or from your reporting, it is now your responsibility to fix them. To assist your review, I have included marked-up copies of my credit reports, clearly highlighting the disputed items with brief explanations. These errors should be obvious to both you and the furnishers. I expect every account to be 100% accurate, complete, and verifiable. Any account that does not meet these standards must be deleted immediately.

I am requesting a **thorough and proper investigation** of **every account** listed below, including **each error** or **missing data** I point out in this letter and the marked-up pages of my credit report. I will clearly identify each account and specify what I believe is wrong.

You will find **incomplete**, **contradictory**, and **inaccurate** information—each of which must be corrected. If you cannot make the information **100% accurate, complete, and verifiable**, the entire account must be deleted.

For your convenience, I have included **all relevant pages** from my credit report to help you identify the accounts and errors. Additionally, as you investigate, if you find any other inaccurate, incomplete, or unverifiable information, I expect you to correct or delete it.

I also request a **full file disclosure**—do not withhold any information. For your reference, I have enclosed my **ID**, **proof of address**, **SSN** and **marked-up pages** from my credit report.

After completing your investigation, please provide me with the results and a full copy of my file, including all information you have on me. This should include all inquiries (both hard and soft pulls) with their purpose and copies of certifications from users of my report. As required under **FCRA §1681g**, disclose all sources of information and identify anyone who accessed my report. Additionally, under **FCRA §1681i**, provide a description of the procedures used to investigate each disputed account, including the business name, address, and phone number of any furnisher contacted.

For each account I have disputed, please include my 100-word "Consumer Statement" on any account you do not delete.

I am deeply frustrated with the inaccuracies and inconsistencies related to this account. The information is incorrect, incomplete, and does not belong to me. Despite submitting a detailed dispute, Experian has refused to correct or delete the errors. This account is outdated and misrepresents my credit history and financial standing.

I urge anyone reviewing my report to disregard this account, as it does not accurately reflect my creditworthiness. I am committed to ensuring my report is fair, accurate, and complete.

Please do not ignore this letter or refuse to conduct a thorough investigation. Under *Section 1681i(a)* of the Fair Credit Reporting Act, you are required to investigate disputed information and ensure that only 100% accurate, verifiable, and complete information is reported. Any information that is inaccurate, incomplete, or cannot be verified must be promptly deleted from my file. I have enclosed my **ID**, **proof of address**, **SSN** and **marked-up pages** from my credit report.

I am sending this letter personally, not through a credit repair company. I am using a certified digital mailing service for convenience, so please do not reject it due to the postmark location.

I request a thorough investigation of the disputed items and a complete file disclosure, as required by law.

I have included proof of my identity, pages from my **Experian Report** (**No. 3688-6627-12**), and my signature. If you have any concerns about its authenticity, feel free to contact me via email.

Thank you.

Tavaris Tyrone Cartrez Pollock
DOB: ██████1993
Social Security Number: ████████0166
142 Sandy Beach Lane Atlantic Beach, FL 32233
(904) 888-7712

---

**Account Name:** 121 FINANCIAL CR UN
**Account Number:** 452185XXXXXXXXXX
**Status:** Closed.
**Balance:** N/A
**Date Opened:** 06/29/2020
**Account Type:** Secured Card

The Date Opened (06/29/2020) does not match the Payment History chart (July 2020).

The Balance section for this account is blank. Why is that?

The Balance in Account Info (Blank) doesn't match the Balance Histories ($0).

The Recent Payment section for this account is blank. Why is that?

This account is listed as closed, but it also says there is a credit limit of $500. That makes no sense.

The Highest Balance in Account Info ($587) doesn't match the Balance Histories ($526).

The Payment History for April 2023 and May 2023 does not make sense. April 2023 says 30 Days late and May 2023 says 90 Days late. How come I go from 30 days late to 90 days late in one month?

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

The real balance listed in the Balance History ($526) is greater than the High Balance listed in Additional Info ($500) for the same time period.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2020 in June.

**Account Name:** 121 FINANCIAL CR UN
**Account Number:** 452186XXXXXXXXXX
**Status:** Paid, Closed.
**Balance:** N/A
**Date Opened:** 07/11/2017
**Account Type:** Credit card

The Balance section for this account is blank. Why is that?

The Recent Payment section for this account is blank. Why is that?

This account is listed as closed, but it also says there is a credit limit of $500. That makes no sense.

The account status for this account (Paid, Closed.) does not match what's showing in the Payment History (60 Days Past Due).

The Payment History for May 2019 and June 2019 does not make sense. May 2019 says Closed and June 2019 says 30 Days late. How come I go from Closed to 30 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

---

**Account Name:** 1ST DIGITAL/SYNOVUS/VT
**Account Number:** 526449XXXXXXXXXX
**Status:** Account charged off. $442 written off.
**Balance:** $0
**Date Opened:** 08/15/2023
**Account Type:** Credit card

The Date Opened (08/15/2023) does not match the Payment History chart (September 2023).

The Balance in Account Info ($0) doesn't match the Balance Histories ($442).

The Recent Payment section for this account is blank. Why is that?

This account says it is charged off but it also says there is a credit limit of $300. That doesn't make sense.

The Payment History for October 2023 and November 2023 does not make sense. October 2023 says 30 Days late and November 2023 says Charge off. How come I go from 30 days late to Charge off in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full

complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

There is a Credit Limit in the Additional Info during a time period where it says the account was charged off in Payment History.

The real balance listed in the Balance History ($442) is greater than the High Balance listed in Additional Info ($300) for the same time period.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2023 in August.

---

**Account Name:** MOHELA
**Account Number:** 200735XXXXXXXXXXXXXXXXXXXXXXX
**Status:** Open. $145 past due as of Mar 2025.
**Balance:** $2,814
**Date Opened:** 02/27/2020
**Account Type:** Education

The Balance in Account Info ($2,814) doesn't match the Balance Histories ($1 2,804).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

The Highest Balance in Account Info (Blank) doesn't match the Balance Histories ($2,804).

The Payment History for January 2025 and February 2025 does not make sense. January 2025 says Paid on time and February 2025 says 90 Days late. How come I go from Paid on time to 90 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2021 in April.

- The Payment History Chart is missing data for 2022 in August, September, October, November and December.

- The Payment History Chart is missing data for 2023 in January, February, March, April, October, November and December.

- The Payment History Chart is missing data for 2024 in January, April, May, June and September.

There is missing information in the Balance Histories.

- 2023 – August and September

- 2024 – March, April and May

---

**Account Name:** MOHELA
**Account Number:** 200735XXXXXXXXXXXXXXXXXXXXXXXX
**Status:** Open. $249 past due as of Mar 2025.
**Balance:** $4,828
**Date Opened:** 02/27/2020
**Account Type:** Education

The Balance in Account Info ($4,828) doesn't match the Balance Histories ($4,811).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

The Highest Balance in Account Info (Blank) doesn't match the Balance Histories ($4,811).

The Payment History for January 2025 and February 2025 does not make sense. January 2025 says Paid on time and February 2025 says 90 Days late. How come I go from Paid on time to 90 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2021 in April.

- The Payment History Chart is missing data for 2022 in August, September, October, November and December.

- The Payment History Chart is missing data for 2023 in January, February, March, April, October, November and December.

- The Payment History Chart is missing data for 2024 in January, April, May, June and September.

There is missing information in the Balance Histories.

- 2023 – August and September

- 2024 – March, April and May

**Account Name:** MOHELA
**Account Number:** 200735XXXXXXXXXXXXXXXXXXXXXXXX
**Status:** Open. $78 past due as of Mar 2025.
**Balance:** $1,501
**Date Opened:** 08/31/2022
**Account Type:** Education

The Date Opened (08/31/2022) does not match the Payment History chart (September 2022).

The Balance in Account Info ($1,501) doesn't match the Balance Histories ($1,495).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

The Highest Balance in Account Info (Blank) doesn't match the Balance Histories ($1,495).

The Payment History for January 2025 and February 2025 does not make sense. January 2025 says Paid on time and February 2025 says 90 Days late. How come I go from Paid on time to 90 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2022 in August.

- The Payment History Chart is missing data for 2023 in October, November and December.

- The Payment History Chart is missing data for 2024 in January, April, May, June and September.

There is missing information in the Balance Histories.

- 2023 – August and September

- 2024 – March, April and May

---

**Account Name:** MOHELA
**Account Number:** 200735XXXXXXXXXXXXXXXXXXXXXXXX
**Status:** Open. $112 past due as of Mar 2025.
**Balance:** $2,159
**Date Opened:** 08/31/2022
**Account Type:** Education

The Date Opened (08/31/2022) does not match the Payment History chart (September 2022).

The Balance in Account Info ($2,159) doesn't match the Balance Histories ($2,150).

The Recent Payment section for this account is blank. Why is that?

The Highest Balance section for this account is blank. Why is that?

The Highest Balance in Account Info (Blank) doesn't match the Balance Histories ($2,150).

The Payment History for January 2025 and February 2025 does not make sense. January 2025 says Paid on time and February 2025 says 90 Days late. How come I go from Paid on time to 90 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2022 in August.

- The Payment History Chart is missing data for 2023 in October, November and December.

- The Payment History Chart is missing data for 2024 in January, April, May, June and September.

There is missing information in the Balance Histories.

- 2023 – August and September

- 2024 – March, April and May

**Account Name:** PREMIER BKCRD/FIRST PREMIER
**Account Number:** 517800XXXXXXXXXX
**Status:** Paid in settlement. $445 written off.
**Balance:** N/A
**Date Opened:** 06/13/2018
**Account Type:** Credit card

The Balance section for this account is blank. Why is that?

The Recent Payment section for this account is blank. Why is that?

This account is listed as both charged-off and closed, but it also says there is a credit limit of $350. That makes no sense.

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

**Account Name:** PREMIER BKCRD/FIRST PREMIER
**Account Number:** 517800XXXXXXXXXX
**Status:** Account charged off. $606 written off. $606 past due as of Apr 2025.
**Balance:** $606
**Date Opened:** 08/22/2023
**Account Type:** Credit card

The Recent Payment section for this account is blank. Why is that?

This account says it is charged off but it also says there is a credit limit of $400. That doesn't make sense.

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

There is a Credit Limit in the Additional Info during a time period where it says the account was charged off in Payment History.

The real balance listed in the Balance History ($606) is greater than the High Balance listed in Additional Info ($400) for the same time period.

---

**Account Name:** VYSTAR CREDIT UNION
**Account Number:** 400519XXXXXXXXXX
**Status:** Account charged off. $844 written off. $191 past due as of Apr 2025.
**Balance:** $844
**Date Opened:** 05/27/2021
**Account Type:** Credit card

The Date Opened (05/27/2021) does not match the Payment History chart (June 2021).

The Recent Payment section for this account is blank. Why is that?

This account says it is charged off but it also says there is a credit limit of $500. That doesn't make sense.

The Payment History for October 2023 and November 2023 does not make sense. October 2023 says Closed and November 2023 says 30 Days late. How come I go from Closed to 30 days late in one month?

The Payment History for December 2023 and January 2024 does not make sense. December 2023 says Closed and January 2024 says 30 Days late. How come I go from Closed to 30 days late in one month?

The Payment History for June 2024 and July 2024 does not make sense. June 2024 says Closed and July 2024 says 30 Days late. How come I go from Closed to 30 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

There is a Credit Limit in the Additional Info during a time period where it says the account was charged off in Payment History.

The real balance listed in the Balance History ($844) is greater than the High Balance listed in Additional Info ($500) for the same time period.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2021 in May.

**Account Name:** VYSTAR CREDIT UNION
**Account Number:** 427525XXXXXXXXXX
**Status:** Paid, Closed.
**Balance:** N/A
**Date Opened:** 06/22/2020
**Account Type:** Secured Card

The Date Opened (06/22/2020) does not match the Payment History chart (July 2020).

The Balance section for this account is blank. Why is that?

The Balance in Account Info (Blank) doesn't match the Balance Histories ($219).

The Recent Payment section for this account is blank. Why is that?

This account is listed as closed, but it also says there is a credit limit of $400. That makes no sense.

The Highest Balance in Account Info ($413) doesn't match the Balance Histories ($329).

The High Balance in Additional Info doesn't match The Highest Balance Section in Account Info.

The High Balance in Additional Info doesn't match the Balance History.

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2020 in June.

---

**Account Name:** VYSTAR CREDIT UNION
**Account Number:** 510750XXXXXX
**Status:** Repossession. $1,699 past due as of Apr 2025.
**Balance:** $3,984
**Date Opened:** 10/14/2021
**Account Type:** Auto Loan

The Date Opened (10/14/2021) does not match the Payment History chart (November 2021).

The Balance in Account Info ($3,984) doesn't match the Balance Histories ($5,949).

The Highest Balance section for this account is blank. Why is that?

The Highest Balance in Account Info (Blank) doesn't match the Balance Histories ($8,642).

The Payment History for October 2024 and November 2024 does not make sense. October 2024 says Paid on time and November 2024 says 60 Days late. How come I go from Paid on time to 60 days late in one month?

Please tell me the date of first delinquency so I know how long this will stay on my report and also so I can check to make sure you are completely and accurately reporting this account. You have this information in my file or you would not be allowed to report this account, correct? I've asked for my full

complete file disclosure which you say I'm entitled to. You told me that I "may request and obtain all the information about [me] in the files of a consumer reporting agency "and that's what I want -- everything you have on me, including the date of first delinquency. Make my account accurate and complete or delete the account.

Why is it that my balance in the Balance Histories section goes down but the payments are listed as $0?

There is missing information in the Payment History Chart.

- The Payment History Chart is missing data for 2021 in October.

- The Payment History Chart is missing data for 2022 in July.

- The Payment History Chart is missing data for 2024 in July.

There is missing information in the Balance Histories.

- 2024 – July







Cell:        (904) 888-7712

Annual Credit Report - Experian

# EXHIBIT "B"

Prepared For

## TAVARIS POLLOCK

**Personal & Confidential**

**Date Generated**  Apr 28, 2025

**Report Number**  3688-6627-12

## At a Glance

**19 Accounts**          **0 Public Records**          **9 Hard Inquiries**

## Personal Information

14 Names          16 Addresses          4 Employers          4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| | | | |
|---|---|---|---|
| **TAVARIS T POLLOCK** <br> Name ID #18481 | **TAVARIS POLLOCK** <br> Name ID #15065 | **TAVARIS TYRONE POLLOCK** <br> Name ID #9335 | **TAVARIS T TOLLOCK** <br> Name ID #13276 |
| **TAVAR POLLOCK** <br> Name ID #24836 | **TARVARIS T POLLOCK** <br> Name ID #26219 | **TAVARIS POLLLOCK** <br> Name ID #12175 | **TAVARIS POLLCK** <br> Name ID #12437 |
| **TAVARIAS POLLOCK** <br> Name ID #25334 | **GAVARIS T POLLOCK** <br> Name ID #4364 | **TRAVIS POLLACK** <br> Name ID #6612 | **TAVARIS TOLLOCK** <br> Name ID #22661 |
| **POLLOCK TAVARIS** <br> Name ID #16154 | **GAVARIS POLLOCK** <br> Name ID #5436 | | |

# Addresses

| | | | |
|---|---|---|---|
| **3110 STUART ST JACKSONVILLE FL, 32209-4345**<br><br>Address ID #0061601334<br>Single family | **142 SANDY BEACH LN ATLANTIC BEACH FL, 32233-2569**<br><br>Address ID #0896184014<br>Single family | **11766 PLEASANT CREEK DR JACKSONVILLE FL, 32218-7566**<br><br>Address ID #0746952380<br>Single family | **401 CENTURY 21 DR APTE82 JACKSONVILLE FL, 32216-7759**<br><br>Address ID #0826676574<br>Apartment complex |
| **1744 SANDALWOOD BLVD JACKSONVILLE FL, 32246-8828**<br><br>Address ID #0061931649<br>Single family | **13252 PACEMAKER DR JACKSONVILLE FL, 32225-7110**<br><br>Address ID #0317975752<br>Single family | **401 CENTURY 21 DR APTF117 JACKSONVILLE FL, 32216-7789**<br><br>Address ID #0834098155<br>Apartment complex | **401 CENTURY 21 DR APT117 JACKSONVILLE FL, 32216-7755**<br><br>Address ID #0862738186<br>Apartment complex |
| **401 CENTURY 21 PARK DR JACKSONVILLE FL, 32216**<br><br>Address ID #0849153538<br>Apartment complex | **401 CENTURY 21 PARK DR JACKSONVILLE FL, 32211**<br><br>Address ID #0833291770<br>Apartment complex | **8090 ATLANTIC BLVD APTE82 JACKSONVILLE FL, 32211-8547**<br><br>Address ID #0061678625<br>Apartment complex | **117 S 14TH ST WILMINGTON NC, 28401-4914**<br><br>Address ID #0055573954<br>Single family |
| **3110 UART ST JACKSONVILLE FL, 32209**<br><br>Address ID #0983068064<br>Single family | **1715 HODGES BLVD JACKSONVILLE FL, 32224-3086**<br><br>Address ID #0786546682<br>Multifamily | **1801 FOX POINT TRL APT2 FORT WAYNE IN, 46816-2462**<br><br>Address ID #0099638336<br>Apartment complex | **402 S 14TH ST WILMINGTON NC, 28401-5432**<br><br>Address ID #0505426445<br>Single family |

## Year of Birth

1993

## Phone Numbers

| (904) 888-7712 | (904) 290-6640 | (904) 662-0211 |
| Cellular | Residential | Cellular |

## Employers

| US SECURITY | MERIDIAN WASTE | NA | NUCO 2 |

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### 121 FINANCIAL CR UN

**POTENTIALLY NEGATIVE**



#### Account Info

| | |
|---|---|
| Account Name | 121 FINANCIAL CR UN |
| Account Number | 452185XXXXXXXXXX |
| Account Type | Secured Card |
| Responsibility | Joint with REIKEISHA A POLLOCK |
| Date Opened | 06/29/2020 |
| Status | Closed. |
| Status Updated | Oct 2024 |
| Balance | - |

| | | |
|---|---|---|
| Balance Updated | - | |
| Recent Payment | - | |
| Monthly Payment | $0 | |
| Credit Limit | $500 | |
| Highest Balance | $587 | |
| Terms | - | |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — |
| 2023 | ✔ | **30** | **30** | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | **30** | **30** | ✔ | ✔ | ✔ | ✔ | **30** | ✔ | **30** |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | **30** |
| 2020 | — | — | — | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met    **30** Past due 30 days
CLS Closed

**Payment history guide**

30 days past due as of Mar 2023,Feb 2023,Dec 2022,Oct 2022,May 2022,Apr 2022,Dec 2021

## 📑 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2024 | $0 | $0 | $0 on 8/19/2024 |
| Aug 2024 | $0 | $0 | $30 on 8/19/2024 |
| Jul 2024 | $122 | $25 | $30 on 7/12/2024 |
| Jun 2024 | $180 | $25 | $30 on 6/14/2024 |
| May 2024 | $207 | $25 | $30 on 5/17/2024 |
| Apr 2024 | $256 | $25 | $30 on 4/19/2024 |
| Mar 2024 | $160 | $25 | $30 on 3/8/2024 |
| Feb 2024 | $210 | $25 | $30 on 2/9/2024 |
| Jan 2024 | $259 | $25 | $30 on 1/12/2024 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | $307 | $25 | $30 on 12/15/2023 |
| **Nov 2023** | $354 | $25 | $30 on 11/17/2023 |
| **Oct 2023** | $386 | $25 | $20 on 10/20/2023 |
| **Sep 2023** | $404 | $25 | $20 on 9/8/2023 |
| **Aug 2023** | $429 | $25 | $20 on 8/11/2023 |
| **Jul 2023** | $455 | $25 | $20 on 7/14/2023 |
| **Jun 2023** | $480 | $25 | $20 on 6/16/2023 |
| **May 2023** | $504 | $25 | $10 on 5/19/2023 |
| **Apr 2023** | $526 | $25 | $10 on 4/7/2023 |

**Additional info**

Between Apr 2023 and Sep 2024, your credit limit/high balance was $500



### Historical Info

| | |
|---|---|
| Company Sold | **VYSTAR CU** |



### Contact Info

| | |
|---|---|
| Address | PO BOX 40769, JACKSONVILLE FL 32203 |
| Phone Number | (904) 723-6300 |



### Comment

**Current:**

Purchased by another lender.

**Previous:**

None

## 121 FINANCIAL CR UN

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | 121 FINANCIAL CR UN |
| Account Number | 452186XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Joint with REIKEISHA A POLLOCK |
| Date Opened | 07/11/2017 |
| Status | Paid, Closed. |
| Status Updated | Aug 2019 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $500 |
| Highest Balance | $558 |
| Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | 30 | 60 | CLS | 30 | 60 | 60 | — | — | — | — |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2017 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    30 Past due 30 days
60 Past due 60 days    CLS Closed

### Payment history guide

60 days past due as of Aug 2019, Jul 2019, Apr 2019

30 days past due as of Jun 2019, Mar 2019, Oct 2018

## Contact Info



| | |
|---|---|
| Address | PO BOX 40769, JACKSONVILLE FL 32203 |
| Phone Number | (904) 723-6300 |

## Comment



### Current:

Account closed at credit grantor's request.

Annual Credit Report - Experian

**Previous:**

**None**

# 1ST DIGITAL/SYNOVUS/VT

**POTENTIALLY NEGATIVE**

 ### Account Info

| | |
|---|---|
| Account Name | 1ST DIGITAL/SYNOVUS/VT |
| Account Number | 526449XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 08/15/2023 |
| Status | Account charged off. $442 written off. |
| Status Updated | Nov 2023 |
| Balance | $0 |
| Balance Updated | 12/20/2023 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $300 |
| Highest Balance | $442 |
| Terms | - |
| On Record Until | Jun 2030 |

### $  Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | ✓ | 30 | CO | CO |

✓  Current / Terms met    30  Past due 30 days

CO  Charge off

**Payment history guide**

Charge Off as of Dec 2023,Nov 2023

30 days past due as of Oct 2023

This account is scheduled to continue on record until Jun 2030.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2023 | $442 | $41 | $0 |
| Oct 2023 | $389 | $41 | $0 |
| Sep 2023 | $338 | $41 | $0 |

**Additional info**

Between Sep 2023 and Nov 2023, your credit limit/high balance was $300

---

 **Historical Info**

Company Sold          **RESURGENT ACQUISITIONS LLC**

---

 **Contact Info**

Address          **PO BOX 85650,**
                 **SIOUX FALLS SD 57118**

Phone Number     **(844) 358-0074**

---

 **Comment**

**Current:**

---

**Purchased by another lender.**

**Previous:**

---

**First payment never received.**

Oct 2023 to Nov 2023

---

# CREDIT COLLECTION SERVIC

**POTENTIALLY NEGATIVE**

---

 **Account Info**

| | |
|---|---|
| Account Name | **CREDIT COLLECTION SERVIC** |
| Account Number | **870391X** |
| Account Type | **Collection** |
| Responsibility | **Individual** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2024** | $618 | $0 | $0 |
| **Nov 2024** | $618 | $0 | $0 |
| **Oct 2024** | $618 | $0 | $0 |
| **Sep 2024** | $618 | $0 | $0 |
| **Aug 2024** | $618 | $0 | $0 |
| **Jul 2024** | $618 | $0 | $0 |
| **Jun 2024** | $618 | $0 | $0 |

**Additional info**

The original amount of this account was $618

---



### Historical Info

| | |
|---|---|
| Original Creditor | CREDIT ONE BANK N.A. |

---



### Contact Info

| | |
|---|---|
| Address | 320 E BIG BEAVER RD STE 300, TROY MI 48083 |
| Phone Number | (877) 822-0381 |

---

## MOHELA

**POTENTIALLY NEGATIVE**

---



### Account Info

| | |
|---|---|
| Account Name | MOHELA |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 02/27/2020 |
| Status | Open. $145 past due as of Mar 2025. |
| Status Updated | Mar 2025 |
| Balance | $2,814 |
| Balance Updated | 03/31/2025 |
| Recent Payment | - |

| Monthly Payment | $29 |
| Original Balance | $2,625 |
| Highest Balance | - |
| Terms | 120 Months |

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | **90** | **120** | — | — | — | — | — | — | — | — | — |
| 2024 | ND | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2021 | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Current / Terms met | 90 | Past due 90 days |
|---|---|---|---|
| 120 | Past due 120 days | ND | No data for this period |

**Payment history guide**

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Feb 2025** | $2,804 | $29 | $0 on 8/1/2023 |
| **Jan 2025** | $2,794 | $29 | $0 on 8/1/2023 |
| **Dec 2024** | $2,784 | $29 | $0 on 8/1/2023 |
| **Nov 2024** | $2,773 | $29 | $0 on 8/1/2023 |
| **Oct 2024** | $2,763 | $29 | $0 on 8/1/2023 |
| **Sep 2024** | $2,753 | $28 | $0 on 8/1/2023 |
| **Aug 2024** | $2,744 | $28 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2024** | $2,733 | $28 | $0 on 8/1/2023 |
| **Jun 2024** | $2,723 | $0 | $0 on 8/1/2023 |
| **Feb 2024** | $2,684 | $27 | $0 on 8/1/2023 |
| **Jan 2024** | $2,674 | $0 | $0 on 8/1/2023 |
| **Dec 2023** | $2,664 | $27 | $0 on 8/1/2023 |
| **Nov 2023** | $2,654 | $27 | $0 on 8/1/2023 |
| **Oct 2023** | $2,644 | $27 | $0 on 8/1/2023 |
| **Jul 2023** | $2,625 | $0 | $0 on 7/1/2023 |
| **Jun 2023** | $2,625 | $0 | $0 on 6/1/2023 |
| **May 2023** | $2,625 | $0 | $0 on 5/1/2023 |
| **Apr 2023** | $2,625 | $0 | $0 on 8/1/2022 |

**Additional info**

The original amount of this account was $2,625

---

 **Contact Info**

Address

633 SPIRIT DR,
CHESTERFIELD MO 63005

---

 **Comment**

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

---

## MOHELA

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | MOHELA |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 02/27/2020 |
| Status | Open. $249 past due as of Mar 2025. |
| Status Updated | Mar 2025 |
| Balance | $4,828 |
| Balance Updated | 03/31/2025 |
| Recent Payment | - |
| Monthly Payment | $49 |
| Original Balance | $4,500 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | 90 | 120 | – | – | – | – | – | – | – | – | – |
| 2024 | ND | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2021 | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | ND | No data for this period |

### Payment history guide

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2025 | $4,811 | $49 | $0 on 8/1/2023 |
| Jan 2025 | $4,795 | $49 | $0 on 8/1/2023 |
| Dec 2024 | $4,777 | $49 | $0 on 8/1/2023 |
| Nov 2024 | $4,759 | $49 | $0 on 8/1/2023 |
| Oct 2024 | $4,742 | $49 | $0 on 8/1/2023 |
| Sep 2024 | $4,725 | $49 | $0 on 8/1/2023 |
| Aug 2024 | $4,708 | $49 | $0 on 8/1/2023 |
| Jul 2024 | $4,691 | $49 | $0 on 8/1/2023 |
| Jun 2024 | $4,673 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $4,605 | $46 | $0 on 8/1/2023 |
| Jan 2024 | $4,589 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $4,572 | $46 | $0 on 8/1/2023 |
| Nov 2023 | $4,554 | $46 | $0 on 8/1/2023 |
| Oct 2023 | $4,538 | $46 | $0 on 8/1/2023 |
| Jul 2023 | $4,504 | $0 | $0 on 7/1/2023 |
| Jun 2023 | $4,504 | $0 | $0 on 6/1/2023 |
| May 2023 | $4,504 | $0 | $0 on 5/1/2023 |
| Apr 2023 | $4,504 | $0 | $0 on 8/1/2022 |

### Additional info

The original amount of this account was $4,500

 **Contact Info**

Address

633 SPIRIT DR,
CHESTERFIELD MO 63005

 **Comment**

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

## MOHELA

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | MOHELA |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 08/31/2022 |
| Status | Open. $78 past due as of Mar 2025. |
| Status Updated | Mar 2025 |
| Balance | $1,501 |
| Balance Updated | 03/31/2025 |
| Recent Payment | - |
| Monthly Payment | $15 |
| Original Balance | $1,391 |
| Highest Balance | - |
| Terms | 120 Months |

[$] **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | **90** | **120** | — | — | — | — | — | — | — | — | — |
| 2024 | ND | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | ND | No data for this period |

**Payment history guide**

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2025 | $1,495 | $15 | $0 on 8/1/2023 |
| Jan 2025 | $1,490 | $15 | $0 on 8/1/2023 |
| Dec 2024 | $1,484 | $15 | $0 on 8/1/2023 |
| Nov 2024 | $1,477 | $15 | $0 on 8/1/2023 |
| Oct 2024 | $1,472 | $15 | $0 on 8/1/2023 |
| Sep 2024 | $1,466 | $15 | $0 on 8/1/2023 |
| Aug 2024 | $1,460 | $15 | $0 on 8/1/2023 |
| Jul 2024 | $1,454 | $15 | $0 on 8/1/2023 |
| Jun 2024 | $1,448 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $1,425 | $17 | $0 on 8/1/2023 |
| Jan 2024 | $1,420 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $1,414 | $17 | $0 on 8/1/2023 |
| Nov 2023 | $1,408 | $17 | $0 on 8/1/2023 |
| Oct 2023 | $1,402 | $17 | $0 on 8/1/2023 |
| Jul 2023 | $1,391 | $0 | $0 on 7/1/2023 |
| Jun 2023 | $1,391 | $0 | $0 on 6/1/2023 |
| May 2023 | $1,391 | $0 | $0 on 5/1/2023 |
| Apr 2023 | $1,391 | $0 | $0 |

### Additional info

The original amount of this account was $1,391



## Contact Info

Address                                        633 SPIRIT DR,
                                               CHESTERFIELD MO 63005

## Comment

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

# MOHELA

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | MOHELA |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 08/31/2022 |
| Status | Open. $112 past due as of Mar 2025. |
| Status Updated | Mar 2025 |
| Balance | $2,159 |
| Balance Updated | 03/31/2025 |
| Recent Payment | - |
| Monthly Payment | $22 |
| Original Balance | $2,000 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | **90** | **120** | — | — | — | — | — | — | — | — | — |
| 2024 | ND | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | ND | No data for this period |

**Payment history guide**

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

---

### 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2025 | $2,150 | $22 | $0 on 8/1/2023 |
| Jan 2025 | $2,142 | $22 | $0 on 8/1/2023 |
| Dec 2024 | $2,133 | $22 | $0 on 8/1/2023 |
| Nov 2024 | $2,125 | $22 | $0 on 8/1/2023 |
| Oct 2024 | $2,116 | $22 | $0 on 8/1/2023 |
| Sep 2024 | $2,108 | $22 | $0 on 8/1/2023 |
| Aug 2024 | $2,099 | $22 | $0 on 8/1/2023 |
| Jul 2024 | $2,091 | $22 | $0 on 8/1/2023 |
| Jun 2024 | $2,083 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $2,049 | $24 | $0 on 8/1/2023 |
| Jan 2024 | $2,041 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $2,033 | $24 | $0 on 8/1/2023 |
| Nov 2023 | $2,024 | $24 | $0 on 8/1/2023 |
| Oct 2023 | $2,016 | $24 | $0 on 8/1/2023 |
| Jul 2023 | $2,000 | $0 | $0 on 7/1/2023 |
| Jun 2023 | $2,000 | $0 | $0 on 6/1/2023 |

| Date | Balance | Scheduled Payment | | Paid |
|------|---------|-------------------|---|------|
| **May 2023** | **$2,000** | **$0** | | **$0 on 5/1/2023** |
| **Apr 2023** | **$2,000** | **$0** | | **$0** |

**Additional info**

The original amount of this account was $2,000

 **Contact Info**

Address                                    633 SPIRIT DR,
                                           CHESTERFIELD MO 63005

 **Comment**

### Current:

None

### Previous:

**Payment Deferred.**

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

## NAVY FEDERAL CR UNION

 **Account Info**

| | |
|---|---|
| Account Name | **NAVY FEDERAL CR UNION** |
| Account Number | **542217XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **05/21/2014** |
| Status | **Inactive/Never late.** |
| Status Updated | **Feb 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **$41** |
| Credit Limit | **$2,000** |
| Highest Balance | **$2,035** |
| Terms | **-** |

On Record Until                          Feb 2026

---

### $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

This account is scheduled to continue on record until Feb 2026.

---

### ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 3700, MERRIFIELD VA 22119 |
| Phone Number | (888) 842-6328 |

---

## PREMIER BKCRD/FIRST PREMIER

**POTENTIALLY NEGATIVE**

---

 ### Account Info

| | |
|---|---|
| Account Name | **PREMIER BKCRD/FIRST PREMIER** |
| Account Number | **517800XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **06/13/2018** |
| Status | **Paid in settlement. $445 written off.** |
| Status Updated | **Mar 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |

| | |
|---|---|
| Monthly Payment | - |
| Credit Limit | $350 |
| Highest Balance | $445 |
| Terms | - |
| On Record Until | May 2025 |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CLS | — | — | — | — | — | — | — | — | — |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | — | — | — | — | — | ✓ | ✓ | 30 | 60 | 90 | 120 | CO |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CLS | Closed |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Feb 2021 to Dec 2018

120 days past due as of Nov 2018

90 days past due as of Oct 2018

60 days past due as of Sep 2018

30 days past due as of Aug 2018

This account is scheduled to continue on record until May 2025.

##  Contact Info

| | |
|---|---|
| Address | 601 S MINNESOTA AVE, SIOUX FALLS SD 57104 |
| Phone Number | (800) 987-5521 |

## 📝 Comment

**Current:**

**Account paid in full for less than full balance**

**Previous:**

None

# PREMIER BKCRD/FIRST PREMIER

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **PREMIER BKCRD/FIRST PREMIER** |
| Account Number | **517800XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **08/22/2023** |
| Status | **Account charged off. $606 written off. $606 past due as of Apr 2025.** |
| Status Updated | **Feb 2024** |
| Balance | **$606** |
| Balance Updated | **04/06/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$400** |
| Highest Balance | **$606** |
| Terms | **-** |
| On Record Until | **Jun 2030** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |
| 2024 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | — | — | — | — | — | — | — | ✓ | ✓ | 30 | 60 | 90 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | CO | Charge off |

### Payment history guide

Charge Off as of Apr 2025 to Feb 2024

120 days past due as of Jan 2024

90 days past due as of Dec 2023

60 days past due as of Nov 2023

30 days past due as of Oct 2023

This account is scheduled to continue on record until Jun 2030.

---

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | $606 | $0 | $0 |
| **Feb 2025** | $606 | $0 | $0 |
| **Jan 2025** | $606 | $0 | $0 |
| **Dec 2024** | $606 | $0 | $0 |
| **Nov 2024** | $606 | $0 | $0 |
| **Oct 2024** | $606 | $0 | $0 |
| **Sep 2024** | $606 | $0 | $0 |
| **Aug 2024** | $606 | $0 | $0 |
| **Jul 2024** | $606 | $0 | $0 |
| **Jun 2024** | $606 | $0 | $0 |
| **May 2024** | $606 | $0 | $0 |
| **Apr 2024** | $606 | $0 | $0 |
| **Mar 2024** | $606 | $0 | $0 |
| **Feb 2024** | $606 | $0 | $0 |
| **Jan 2024** | $589 | $42 | $0 |
| **Dec 2023** | $571 | $41 | $0 |
| **Nov 2023** | $554 | $39 | $0 |
| **Oct 2023** | $500 | $36 | $0 |
| **Sep 2023** | $443 | $32 | $0 |
| **Aug 2023** | $138 | $30 | $0 |

**Additional info**

Between Aug 2023 and Mar 2025, your credit limit/high balance was $400



## Contact Info

| | |
|---|---|
| Address | 601 S MINNESOTA AVE, SIOUX FALLS SD 57104 |
| Phone Number | (800) 987-5521 |

## Comment

**Current:**

None

**Previous:**

Credit line suspended.

Dec 2023 to Feb 2024

# RESURGENT/LVNV FUNDING

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | RESURGENT/LVNV FUNDING |
| Account Number | 526449XXXXXXXXXX |
| Account Type | Debt Buyer |
| Responsibility | Individual |
| Date Opened | 12/22/2023 |
| Status | Collection account. $442 past due as of Apr 2025. |
| Status Updated | Dec 2023 |
| Balance | $442 |
| Balance Updated | 04/02/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $442 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Jun 2030 |

## Payment History

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2025** | $0 | $0 | **$8 on 1/14/2025** |
| **Dec 2024** | $0 | $0 | **$0 on 10/23/2024** |

### Additional info

Between Dec 2024 and Mar 2025, your credit limit/high balance was $500

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 45085,<br>JACKSONVILLE FL 32232 |

## VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **400519XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **05/27/2021** |
| Status | **Account charged off. $844 written off. $191 past due as of Apr 2025.** |
| Status Updated | **Dec 2024** |
| Balance | **$844** |
| Balance Updated | **04/18/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$500** |
| Highest Balance | **$844** |
| Terms | **-** |
| On Record Until | **Mar 2031** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 30 | 60 | 30 | 60 | CLS | CLS | 30 | 60 | 90 | 120 | 150 | CO |
| 2023 | 60 | 30 | 30 | CLS | CLS | CLS | CLS | CLS | CLS | CLS | 30 | CLS |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 30 |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CLS | Closed | CO | Charge off |

**Payment history guide**

Charge Off as of Apr 2025 to Dec 2024

150 days past due as of Nov 2024

120 days past due as of Oct 2024

90 days past due as of Sep 2024

60 days past due as of Aug 2024,Apr 2024,Feb 2024,Jan 2023

30 days past due as of Jul 2024,Mar 2024,Jan 2024,Nov 2023,Mar 2023,Feb 2023,Dec 2022,Oct 2022

This account is scheduled to continue on record until Mar 2031.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $844 | $0 | $0 on 5/9/2024 |
| Feb 2025 | $844 | $0 | $0 on 5/9/2024 |
| Jan 2025 | $844 | $0 | $0 on 5/9/2024 |
| Dec 2024 | $844 | $0 | $0 on 5/9/2024 |
| Nov 2024 | $844 | $17 | $0 on 5/9/2024 |
| Oct 2024 | $812 | $16 | $0 on 5/9/2024 |
| Sep 2024 | $780 | $16 | $0 on 5/9/2024 |
| Aug 2024 | $748 | $15 | $0 on 5/9/2024 |
| Jul 2024 | $717 | $14 | $0 on 5/9/2024 |
| Jun 2024 | $696 | $14 | $0 on 5/9/2024 |
| May 2024 | $689 | $14 | $70 on 5/9/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2024** | $727 | $15 | $10 on 3/29/2024 |
| **Mar 2024** | $704 | $14 | $20 on 2/25/2024 |
| **Feb 2024** | $692 | $14 | $0 on 11/26/2023 |
| **Jan 2024** | $661 | $13 | $0 on 11/26/2023 |
| **Dec 2023** | $629 | $13 | $20 on 11/26/2023 |
| **Nov 2023** | $618 | $12 | $5 on 10/25/2023 |
| **Oct 2023** | $603 | $12 | $0 on 9/13/2023 |
| **Sep 2023** | $596 | $12 | $15 on 9/13/2023 |
| **Aug 2023** | $604 | $12 | $10 on 8/16/2023 |
| **Jul 2023** | $607 | $12 | $31 on 7/19/2023 |
| **Jun 2023** | $630 | $13 | $12 on 5/26/2023 |
| **May 2023** | $623 | $12 | $0 on 3/30/2023 |
| **Apr 2023** | $615 | $12 | $34 on 3/30/2023 |

### Additional info

Between Apr 2023 and Mar 2025, your credit limit/high balance was $500



### Contact Info

Address

PO BOX 45085,
JACKSONVILLE FL 32232



### Comment

### Current:

None

### Previous:

**Account closed at credit grantor's request.**

Apr 2023 to Nov 2024

# VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **427525XXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **06/22/2020** |
| Status | **Paid, Closed.** |
| Status Updated | **May 2024** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$400** |
| Highest Balance | **$413** |
| Terms | **-** |

 ## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met    30   Past due 30 days
CLS   Closed

**Payment history guide**

30 days past due as of Jul 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2024** | $219 | $10 | $50 on 3/21/2024 |
| **Mar 2024** | $223 | $10 | $0 on 2/6/2024 |
| **Feb 2024** | $219 | $10 | $50 on 2/6/2024 |
| **Jan 2024** | $55 | $10 | $50 on 1/10/2024 |
| **Dec 2023** | $0 | $0 | $0 on 11/1/2023 |
| **Nov 2023** | $0 | $0 | $79 on 11/1/2023 |
| **Oct 2023** | $79 | $10 | $100 on 10/5/2023 |
| **Sep 2023** | $170 | $10 | $100 on 9/7/2023 |
| **Aug 2023** | $263 | $0 | $40 on 8/10/2023 |
| **Jul 2023** | $300 | $10 | $60 on 7/13/2023 |
| **Jun 2023** | $245 | $10 | $90 on 6/1/2023 |
| **May 2023** | $293 | $10 | $40 on 5/4/2023 |
| **Apr 2023** | $329 | $10 | $40 on 4/6/2023 |

### Additional info

Between Apr 2023 and Apr 2024, your credit limit/high balance was $400

---

 **Contact Info**

Address

PO BOX 45085,
JACKSONVILLE FL 32232

---

 **Comment**

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**None**

# VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **510750XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **10/14/2021** |
| Status | **Repossession. $1,699 past due as of Apr 2025.** |
| Status Updated | **Mar 2025** |
| Balance | **$3,984** |
| Balance Updated | **04/03/2025** |
| Recent Payment | **$1,965 as of 11/18/2024** |
| Monthly Payment | **-** |
| Original Balance | **$9,982** |
| Highest Balance | **-** |
| Terms | **60 Months** |
| On Record Until | **Jul 2031** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 120 | R | R | — | — | — | — | — | — | — | — |
| 2024 | 30 | 60 | 60 | 60 | 90 | ✔ | ND | 30 | 30 | ✔ | 60 | 60 |
| 2023 | 30 | 30 | ✔ | ✔ | 30 | ✔ | 30 | 30 | 30 | 60 | 30 | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ND | 30 | ✔ | 30 | 30 | 60 |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | R | Repossession |
| ND | No data for this period | | |

## Payment history guide

Repossession as of Apr 2025,Mar 2025

120 days past due as of Feb 2025

90 days past due as of Jan 2025,May 2024

60 days past due as of Dec 2024,Nov 2024,Apr 2024 to Feb 2024,Oct 2023,Dec 2022

30 days past due as of Sep 2024,Aug 2024,Jan 2024,Nov 2023,Sep 2023 to Jul 2023,May 2023,Feb 2023,Jan 2023,Nov 2022,Oct 2022,Aug 2022

This account is scheduled to continue on record until Jul 2031.

---

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Mar 2025 | $5,949 | $0 | $0 on 11/18/2024 |
| Feb 2025 | $5,949 | $238 | $0 on 11/18/2024 |
| Jan 2025 | $5,949 | $238 | $0 on 11/18/2024 |
| Dec 2024 | $5,949 | $238 | $20 on 11/18/2024 |
| Nov 2024 | $5,949 | $238 | $0 on 9/17/2024 |
| Oct 2024 | $5,949 | $238 | $370 on 9/17/2024 |
| Sep 2024 | $6,261 | $238 | $250 on 8/30/2024 |
| Aug 2024 | $6,424 | $238 | $373 on 8/1/2024 |
| Jun 2024 | $6,539 | $238 | $0 on 5/3/2024 |
| May 2024 | $7,392 | $238 | $0 on 3/29/2024 |
| Apr 2024 | $7,392 | $238 | $196 on 3/29/2024 |
| Mar 2024 | $7,488 | $238 | $180 on 2/24/2024 |
| Feb 2024 | $7,502 | $238 | $0 on 1/3/2024 |
| Jan 2024 | $7,502 | $238 | $128 on 1/3/2024 |
| Dec 2023 | $7,502 | $238 | $506 on 11/25/2023 |
| Nov 2023 | $7,843 | $238 | $391 on 10/11/2023 |
| Oct 2023 | $8,131 | $238 | $115 on 9/13/2023 |
| Sep 2023 | $8,159 | $238 | $212 on 8/31/2023 |
| Aug 2023 | $8,265 | $238 | $164 on 7/19/2023 |
| Jul 2023 | $8,265 | $238 | $130 on 6/7/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2023** | **$8,356** | **$238** | **$506 on 5/26/2023** |
| **May 2023** | **$8,642** | **$238** | **$0 on 3/30/2023** |
| **Apr 2023** | **$8,642** | **$238** | **$253 on 3/30/2023** |

**Additional info**

The original amount of this account was $9,982



**Contact Info**

| Address | **PO BOX 45085,** |
| | **JACKSONVILLE FL 32232** |
| Phone Number | **(904) 777-6000** |

# WEBBANK/FINGERHUT



**Account Info**

| | |
|---|---|
| Account Name | **WEBBANK/FINGERHUT** |
| Account Number | **636992XXXXXXXXXX** |
| Account Type | **Charge Card** |
| Responsibility | **Individual** |
| Date Opened | **08/16/2018** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Sep 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$300** |
| Highest Balance | **$0** |
| Terms | **-** |
| On Record Until | **Sep 2029** |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | CLS | — | — | — |

Visit [Experian.com/dispute](Experian.com/dispute) to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit [Experian.com/help](Experian.com/help)

**Monday - Friday**
9am to 5pm
[(855) 414-6047](tel:8554146047)

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para información en español, visite [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore) **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See [www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580 |

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access
United States Small Business Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357

Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

# EXHIBIT "C"

Prepared For

**TAVARIS POLLOCK**

**Personal & Confidential**

Date Generated  Jul 1, 2025

Report Number  2636-2364-34

## At a Glance    17 Accounts          0 Public Records          11 Hard Inquiries

## Personal Information

14 Names          16 Addresses          5 Employers          4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| | | | |
|---|---|---|---|
| TAVARIS T POLLOCK<br>Name ID #18481 | TAVARIS POLLOCK<br>Name ID #15065 | TAVARIS TYRONE POLLOCK<br>Name ID #9335 | TAVARIS T TOLLOCK<br>Name ID #13276 |
| TAVAR POLLOCK<br>Name ID #24836 | TARVARIS T POLLOCK<br>Name ID #26219 | TAVARIS POLLLOCK<br>Name ID #12175 | TAVARIS POLLCK<br>Name ID #12437 |
| TAVARIAS POLLOCK<br>Name ID #25334 | GAVARIS T POLLOCK<br>Name ID #4364 | TRAVIS POLLACK<br>Name ID #6612 | TAVARIS TOLLOCK<br>Name ID #22661 |
| POLLOCK TAVARIS<br>Name ID #16154 | GAVARIS POLLOCK<br>Name ID #5436 | | |

## Addresses

3110 STUART ST
JACKSONVILLE FL,
32209-4345

Address ID
#0061601334
Single family

142 SANDY BEACH
LN
ATLANTIC BEACH
FL, 32233-2569

Address ID
#0896184014
Single family

11766 PLEASANT
CREEK DR
JACKSONVILLE FL,
32218-7566

Address ID
#0746952380
Single family

401 CENTURY 21
DR APTE82
JACKSONVILLE FL,
32216-7759

Address ID
#0826676574
Apartment complex

1744
SANDALWOOD
BLVD
JACKSONVILLE FL,
32246-8828

Address ID
#0061931649
Single family

13252 PACEMAKER
DR
JACKSONVILLE FL,
32225-7110

Address ID
#0317975752
Single family

401 CENTURY 21
DR APTF117
JACKSONVILLE FL,
32216-7789

Address ID
#0834098155
Apartment complex

401 CENTURY 21
DR APT117
JACKSONVILLE FL,
32216-7755

Address ID
#0862738186
Apartment complex

401 CENTURY 21
PARK DR
JACKSONVILLE FL,
32216

Address ID
#0849153538
Apartment complex

401 CENTURY 21
PARK DR
JACKSONVILLE FL,
32211

Address ID
#0833291770
Apartment complex

8090 ATLANTIC
BLVD APTE82
JACKSONVILLE FL,
32211-8547

Address ID
#0061678625
Apartment complex

117 S 14TH ST
WILMINGTON NC,
28401-4914

Address ID
#0055573954
Single family

3110 UART ST
JACKSONVILLE FL,
32209

Address ID
#0983068064
Single family

1715 HODGES
BLVD
JACKSONVILLE FL,
32224-3086

Address ID
#0786546682
Multifamily

1801 FOX POINT
TRL APT2
FORT WAYNE IN,
46816-2462

Address ID
#0099638336
Apartment complex

402 S 14TH ST
WILMINGTON NC,
28401-5432

Address ID
#0505426445
Single family

## Year of Birth

**1993**

## Phone Numbers



| (904) 888-7712 | (904) 290-6640 | (904) 662-0211 |
| Cellular | Residential | Cellular |

## Employers

| US SECURITY | LAWTEY CORRECTIONAL INSTITUTIO | MERIDIAN WASTE | NA |

NUCO 2

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## 121 FINANCIAL CR UN



### Account Info

| Account Name | 121 FINANCIAL CR UN | Balance | - |
|---|---|---|---|
| Account Number | 452186XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Joint with REIKEISHA A POLLOCK | Monthly Payment | - |
| Date Opened | 07/11/2017 | Credit Limit | $500 |
| Status | Paid, Closed/Never late. | Highest Balance | $558 |
| Status Updated | Aug 2019 | Terms | - |
| | | On Record Until | Aug 2029 |

### Payment History

| J | F | M | A | M | J | J | A | S | O | N | D |



| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |
| 2018 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS Closed

This account is scheduled to continue on record until Aug 2029.

## Contact Info

| | |
|---|---|
| Address | PO BOX 40769,<br>JACKSONVILLE FL 32203 |
| Phone Number | (904) 723-6300 |

## Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# 121 FINANCIAL CR UN

**POTENTIALLY NEGATIVE**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | 121 FINANCIAL CR UN | Balance | - |
| Account Number | 452185XXXXXXXXXX | Balance Updated | - |
| Account Type | Secured Card | Recent Payment | - |
| Responsibility | Joint with REIKEISHA A POLLOCK | Monthly Payment | $0 |
| Date Opened | 06/29/2020 | Credit Limit | $500 |
| Status | Closed. | Highest Balance | $587 |
| Status Updated | Oct 2024 | Terms | - |

## Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|-----|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2023 | ✓ | **30** | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | **30** | **30** | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | **30** |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** |
| 2020 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓    Current / Terms met       **30**    Past due 30 days

CLS    Closed

**Payment history guide**

30 days past due as of Mar 2023,Feb 2023,Dec 2022,Oct 2022,May 2022,Apr 2022,Dec 2021

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2024** | $0 | $0 | $0 on 8/19/2024 |
| **Aug 2024** | $0 | $0 | $30 on 8/19/2024 |
| **Jul 2024** | $122 | $25 | $30 on 7/12/2024 |
| **Jun 2024** | $180 | $25 | $30 on 6/14/2024 |
| **May 2024** | $207 | $25 | $30 on 5/17/2024 |
| **Apr 2024** | $256 | $25 | $30 on 4/19/2024 |
| **Mar 2024** | $160 | $25 | $30 on 3/8/2024 |
| **Feb 2024** | $210 | $25 | $30 on 2/9/2024 |
| **Jan 2024** | $259 | $25 | $30 on 1/12/2024 |
| **Dec 2023** | $307 | $25 | $30 on 12/15/2023 |
| **Nov 2023** | $354 | $25 | $30 on 11/17/2023 |
| **Oct 2023** | $386 | $25 | $20 on 10/20/2023 |
| **Sep 2023** | $404 | $25 | $20 on 9/8/2023 |
| **Aug 2023** | $429 | $25 | $20 on 8/11/2023 |
| **Jul 2023** | $455 | $25 | $20 on 7/14/2023 |

Additional info

Between Jul 2023 and Sep 2024, your credit limit/high balance was $500

 **Historical Info**

| Company Sold | VYSTAR CU |
|---|---|

 **Contact Info**

| Address | PO BOX 40769,<br>JACKSONVILLE FL 32203 |
|---|---|
| Phone Number | (904) 723-6300 |

 **Comment**

**Current:**

Purchased by another lender.

**Previous:**

None

 **Reinvestigation Info**

**This item remained unchanged from our processing of your dispute in May 2025.**

# 1ST DIGITAL/SYNOVUS/VT

POTENTIALLY NEGATIVE

 **Account Info**

| Account Name | 1ST DIGITAL/SYNOVUS/VT | Balance | $0 |
|---|---|---|---|
| Account Number | 526449XXXXXXXXXX | Balance Updated | 12/13/2023 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/15/2023 | Credit Limit | $300 |
| Status | Closed. $442 written off. | Highest Balance | $442 |
| Status Updated | Dec 2023 | Terms | - |

 **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | ✓ | **30** | **CO** | **CO** |

✓ Current / Terms met    **30** Past due 30 days

**CO** Charge off

**Payment history guide**

Charge Off as of Dec 2023, Nov 2023

30 days past due as of Oct 2023

---

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2023** | **$442** | **$41** | **$0** |
| **Oct 2023** | **$389** | **$41** | **$0** |
| **Sep 2023** | **$338** | **$41** | **$0** |

**Additional info**

Between Sep 2023 and Nov 2023, your credit limit/high balance was $300

---

## Historical Info

| Company Sold | **RESURGENT ACQUISITIONS LLC** |
|---|---|
| Original Creditor | **FIRSTDIGITAL** |

---

## Contact Info

| Address | PO BOX 85650,<br>SIOUX FALLS SD 57118 |
|---|---|
| Phone Number | (844) 358-0074 |

---

## Comment

**Current:**

Purchased by another lender.

**Previous:**

First payment never received.

Oct 2023 to Nov 2023



**Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

## CURRENT/CRB

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CURRENT/CRB | Balance | $0 |
| Account Number | 766ICBXXXXXXXXXXXXXXXXXXXX XXXX | Balance Updated | 05/31/2025 |
| Account Type | Secured Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 07/23/2023 | Credit Limit | - |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | May 2025 | Terms | 1 Month |



### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met



### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $0 | $0 | $0 |
| Mar 2025 | $0 | $0 | $0 |

**Additional info**

Between Mar 2025 and Apr 2025, your credit limit/high balance was $0

### Contact Info

| Address | 885 TEANECK RD,<br>TEANECK NJ 07666 |
| Phone Number | (201) 808-7000 |

# MIDLAND CREDIT MANAGEMEN

**POTENTIALLY NEGATIVE**

 ## Account Info

| Account Name | MIDLAND CREDIT MANAGEMEN | Balance | $618 |
| Account Number | 31799XXXX | Balance Updated | 06/28/2025 |
| Account Type | Debt Buyer | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/29/2022 | Original Balance | $618 |
| Status | Collection account. $618 past due as of Jun 2025. | Highest Balance | - |
| Status Updated | Aug 2022 | Terms | 1 Month |
| | | On Record Until | Oct 2028 |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | — | — | — | — | — | — |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | — | — | C | C | C | C | C | C | C | C | C | C |

C  Collection

**Payment history guide**

Collection as of Jun 2025 to Mar 2023

This account is scheduled to continue on record until Oct 2028.

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2025** | $618 | $0 | $0 |
| **Apr 2025** | $618 | $0 | $0 |
| **Mar 2025** | $618 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2025 | $618 | $0 | $0 |
| Jan 2025 | $618 | $0 | $0 |
| Dec 2024 | $618 | $0 | $0 |
| Nov 2024 | $618 | $0 | $0 |
| Oct 2024 | $618 | $0 | $0 |
| Sep 2024 | $618 | $0 | $0 |

### Additional info

The original amount of this account was $618



### Historical Info

| Original Creditor | CREDIT ONE BANK N.A. |
|---|---|



### Contact Info

| Address | 320 E BIG BEAVER RD STE 300, TROY MI 48083 |
|---|---|
| Phone Number | (877) 822-0381 |

## MOHELA

**POTENTIALLY NEGATIVE**



### Account Info

| Account Name | MOHELA | Balance | $2,834 |
|---|---|---|---|
| Account Number | 200735XXXXXXXXXXXXXXXXXXX XXXX | Balance Updated | 05/31/2025 |
| Account Type | Education | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $29 |
| Date Opened | 02/27/2020 | Original Balance | $2,625 |
| Status | Open. $203 past due as of May 2025. | Highest Balance | - |
| Status Updated | May 2025 | Terms | 120 Months |



### Payment History

|      | J | F  | M   | A   | M   | J  | J  | A  | S  | O  | N  | D  |
|------|---|----|-----|-----|-----|----|----|----|----|----|----|----|
| 2025 | ✓ | 90 | 120 | 150 | 180 | —  | —  | —  | —  | —  | —  | —  |
| 2024 | ND | ✓ | ND | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND |
| 2021 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Current / Terms met | 90 | Past due 90 days |
|---|---------------------|-----|------------------|
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | ND | No data for this period |

**Payment history guide**

180 days past due as of May 2025

150 days past due as of Apr 2025

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | $2,814 | $29 | $0 on 8/1/2023 |
| **Feb 2025** | $2,804 | $29 | $0 on 8/1/2023 |
| **Jan 2025** | $2,794 | $29 | $0 on 8/1/2023 |
| **Dec 2024** | $2,784 | $29 | $0 on 8/1/2023 |
| **Nov 2024** | $2,773 | $29 | $0 on 8/1/2023 |
| **Oct 2024** | $2,763 | $29 | $0 on 8/1/2023 |
| **Sep 2024** | $2,753 | $28 | $0 on 8/1/2023 |
| **Aug 2024** | $2,744 | $28 | $0 on 8/1/2023 |
| **Jul 2024** | $2,733 | $28 | $0 on 8/1/2023 |
| **Jun 2024** | $2,723 | $0 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2024 | $2,684 | $27 | $0 on 8/1/2023 |
| Jan 2024 | $2,674 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $2,664 | $27 | $0 on 8/1/2023 |
| Nov 2023 | $2,654 | $27 | $0 on 8/1/2023 |
| Oct 2023 | $2,644 | $27 | $0 on 8/1/2023 |
| Jul 2023 | $2,625 | $0 | $0 on 7/1/2023 |

### Additional info

The original amount of this account was $2,625

---



### Contact Info

Address                    633 SPIRIT DR,
                           CHESTERFIELD MO 63005

---



### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

---



### Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

---

# MOHELA

**POTENTIALLY NEGATIVE**

---



### Account Info

| Account Name | MOHELA | Balance | $4,863 |
|--------------|--------|---------|--------|
|  |  | Balance Updated | 05/31/2025 |

| Account Number | 200735XXXXXXXXXXXXXXXXXXXXX XXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $49 |
| Responsibility | Individual | Original Balance | $4,500 |
| Date Opened | 02/27/2020 | Highest Balance | - |
| Status | Open. $348 past due as of May 2025. | Terms | 120 Months |
| Status Updated | May 2025 | | |

💲 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | 90 | 120 | 150 | 180 | — | — | — | — | — | — | — |
| 2024 | ND | ✓ | ND | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND |
| 2021 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | ND | No data for this period |

**Payment history guide**

180 days past due as of May 2025

150 days past due as of Apr 2025

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

📑 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2025** | $4,828 | $49 | $0 on 8/1/2023 |
| **Feb 2025** | $4,811 | $49 | $0 on 8/1/2023 |
| **Jan 2025** | $4,795 | $49 | $0 on 8/1/2023 |
| **Dec 2024** | $4,777 | $49 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2024 | $4,759 | $49 | $0 on 8/1/2023 |
| Oct 2024 | $4,742 | $49 | $0 on 8/1/2023 |
| Sep 2024 | $4,725 | $49 | $0 on 8/1/2023 |
| Aug 2024 | $4,708 | $49 | $0 on 8/1/2023 |
| Jul 2024 | $4,691 | $49 | $0 on 8/1/2023 |
| Jun 2024 | $4,673 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $4,605 | $46 | $0 on 8/1/2023 |
| Jan 2024 | $4,589 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $4,572 | $46 | $0 on 8/1/2023 |
| Nov 2023 | $4,554 | $46 | $0 on 8/1/2023 |
| Oct 2023 | $4,538 | $46 | $0 on 8/1/2023 |
| Jul 2023 | $4,504 | $0 | $0 on 7/1/2023 |

### Additional info

The original amount of this account was $4,500

---

 **Contact Info**

| Address | 633 SPIRIT DR, |
|---------|----------------|
|  | CHESTERFIELD MO 63005 |

---

 **Comment**

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

---

 **Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

# MOHELA

**POTENTIALLY NEGATIVE**

 ## Account Info

| | | | |
|---|---|---|---|
| Account Name | MOHELA | Balance | $1,513 |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXXXX | Balance Updated | 05/31/2025 |
| | | Recent Payment | - |
| Account Type | Education | Monthly Payment | $15 |
| Responsibility | Individual | Original Balance | $1,391 |
| Date Opened | 08/31/2022 | Highest Balance | - |
| Status | Open. $109 past due as of May 2025. | Terms | 120 Months |
| Status Updated | May 2025 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | 90 | 120 | 150 | 180 | — | — | — | — | — | — | — |
| 2024 | ND | ✓ | ND | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | ✓ | ND | ND | ND | ND |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | ND | No data for this period |

### Payment history guide

180 days past due as of May 2025

150 days past due as of Apr 2025

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2025 | $1,501 | $15 | $0 on 8/1/2023 |
| Feb 2025 | $1,495 | $15 | $0 on 8/1/2023 |
| Jan 2025 | $1,490 | $15 | $0 on 8/1/2023 |
| Dec 2024 | $1,484 | $15 | $0 on 8/1/2023 |
| Nov 2024 | $1,477 | $15 | $0 on 8/1/2023 |
| Oct 2024 | $1,472 | $15 | $0 on 8/1/2023 |
| Sep 2024 | $1,466 | $15 | $0 on 8/1/2023 |
| Aug 2024 | $1,460 | $15 | $0 on 8/1/2023 |
| Jul 2024 | $1,454 | $15 | $0 on 8/1/2023 |
| Jun 2024 | $1,448 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $1,425 | $17 | $0 on 8/1/2023 |
| Jan 2024 | $1,420 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $1,414 | $17 | $0 on 8/1/2023 |
| Nov 2023 | $1,408 | $17 | $0 on 8/1/2023 |
| Oct 2023 | $1,402 | $17 | $0 on 8/1/2023 |
| Jul 2023 | $1,391 | $0 | $0 on 7/1/2023 |

### Additional info

The original amount of this account was $1,391



### Contact Info

Address                    633 SPIRIT DR,
                           CHESTERFIELD MO 63005



### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

---

 **Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

---

# MOHELA

**POTENTIALLY NEGATIVE**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | MOHELA | Balance | $2,176 |
| Account Number | 200735XXXXXXXXXXXXXXXXXXXX XXXX | Balance Updated | 05/31/2025 |
| | | Recent Payment | - |
| Account Type | Education | Monthly Payment | $22 |
| Responsibility | Individual | Original Balance | $2,000 |
| Date Opened | 08/31/2022 | Highest Balance | - |
| Status | Open. $157 past due as of May 2025. | Terms | 120 Months |
| Status Updated | May 2025 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✔ | 90 | 120 | 150 | 180 | — | — | — | — | — | — | — |
| 2024 | ND | ✔ | ND | ND | ND | ND | ✔ | ✔ | ND | ✔ | ✔ | ✔ |
| 2023 | ND | ND | ND | ND | ✔ | ✔ | ✔ | ✔ | ND | ✔ | ✔ | ✔ |
| 2022 | — | — | — | — | — | — | — | ✔ | ND | ND | ND | ND |

| | | | |
|---|---|---|---|
| ✔ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | ND | No data for this period |

### Payment history guide

180 days past due as of May 2025

150 days past due as of Apr 2025

120 days past due as of Mar 2025

90 days past due as of Feb 2025

By Oct 2031, this account is scheduled to go to a positive status.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | $2,159 | $22 | $0 on 8/1/2023 |
| **Feb 2025** | $2,150 | $22 | $0 on 8/1/2023 |
| **Jan 2025** | $2,142 | $22 | $0 on 8/1/2023 |
| **Dec 2024** | $2,133 | $22 | $0 on 8/1/2023 |
| **Nov 2024** | $2,125 | $22 | $0 on 8/1/2023 |
| **Oct 2024** | $2,116 | $22 | $0 on 8/1/2023 |
| **Sep 2024** | $2,108 | $22 | $0 on 8/1/2023 |
| **Aug 2024** | $2,099 | $22 | $0 on 8/1/2023 |
| **Jul 2024** | $2,091 | $22 | $0 on 8/1/2023 |
| **Jun 2024** | $2,083 | $0 | $0 on 8/1/2023 |
| **Feb 2024** | $2,049 | $24 | $0 on 8/1/2023 |
| **Jan 2024** | $2,041 | $0 | $0 on 8/1/2023 |
| **Dec 2023** | $2,033 | $24 | $0 on 8/1/2023 |
| **Nov 2023** | $2,024 | $24 | $0 on 8/1/2023 |
| **Oct 2023** | $2,016 | $24 | $0 on 8/1/2023 |
| **Jul 2023** | $2,000 | $0 | $0 on 7/1/2023 |

**Additional info**

The original amount of this account was $2,000

 **Contact Info**

Address          633 SPIRIT DR,
                 CHESTERFIELD MO 63005

 **Comment**

Current:
___

None

**Previous:**
___

Payment Deferred.

Jun 2024, Jan 2024, Sep 2022 to Apr 2023

___

 **Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

## NAVY FEDERAL CR UNION

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | NAVY FEDERAL CR UNION | Balance | - |
| Account Number | 542217XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Authorized user | Monthly Payment | $41 |
| Date Opened | 05/21/2014 | Credit Limit | $2,000 |
| Status | Inactive/Never late. | Highest Balance | $2,035 |
| Status Updated | Feb 2021 | Terms | - |
| | | On Record Until | Feb 2026 |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | — | — | — | — | — | — | — | — | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓    Current / Terms met

This account is scheduled to continue on record until Feb 2026.

 **Contact Info**

| Address | PO BOX 3700, MERRIFIELD VA 22119 |
|---|---|
| Phone Number | (888) 842-6328 |

## PREMIER BKCRD/FIRST PREMIER

**POTENTIALLY NEGATIVE**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | PREMIER BKCRD/FIRST PREMIER | Balance | $606 |
| Account Number | 517800XXXXXXXXXX | Balance Updated | 06/08/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/22/2023 | Credit Limit | $400 |
| Status | Account charged off. $606 written off. $606 past due as of Jun 2025. | Highest Balance | $606 |
| | | Terms | - |
| Status Updated | Feb 2024 | On Record Until | Jun 2030 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | — | — | — | — | — | — |
| 2024 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | — | — | — | — | — | — | — | ✓ | ✓ | 30 | 60 | 90 |

| | | | | |
|---|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days | |
| 60 | Past due 60 days | 90 | Past due 90 days | |
| 120 | Past due 120 days | CO | Charge off | |

**Payment history guide**

Charge Off as of Jun 2025 to Feb 2024

120 days past due as of Jan 2024

90 days past due as of Dec 2023

60 days past due as of Nov 2023

30 days past due as of Oct 2023

This account is scheduled to continue on record until Jun 2030.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| May 2025 | $606 | $0 | $0 |
| Apr 2025 | $606 | $0 | $0 |
| Mar 2025 | $606 | $0 | $0 |
| Feb 2025 | $606 | $0 | $0 |
| Jan 2025 | $606 | $0 | $0 |
| Dec 2024 | $606 | $0 | $0 |
| Nov 2024 | $606 | $0 | $0 |
| Oct 2024 | $606 | $0 | $0 |
| Sep 2024 | $606 | $0 | $0 |
| Aug 2024 | $606 | $0 | $0 |
| Jul 2024 | $606 | $0 | $0 |
| Jun 2024 | $606 | $0 | $0 |
| May 2024 | $606 | $0 | $0 |
| Apr 2024 | $606 | $0 | $0 |
| Mar 2024 | $606 | $0 | $0 |
| Feb 2024 | $606 | $0 | $0 |
| Jan 2024 | $589 | $42 | $0 |
| Dec 2023 | $571 | $41 | $0 |
| Nov 2023 | $554 | $39 | $0 |
| Oct 2023 | $500 | $36 | $0 |
| Sep 2023 | $443 | $32 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Aug 2023** | **$138** | **$30** | **$0** |

**Additional info**

Between Aug 2023 and May 2025, your credit limit/high balance was $400



## Contact Info

| | |
|---|---|
| Address | **601 S MINNESOTA AVE, SIOUX FALLS SD 57104** |
| Phone Number | (800) 987-5521 |



## Comment

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

### Previous:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

May 2025

Credit line suspended.

Dec 2023 to Feb 2024



## Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# RESURGENT/LVNV FUNDING

**POTENTIALLY NEGATIVE**



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **RESURGENT/LVNV FUNDING** | Balance | **$442** |
| Account Number | **526449XXXXXXXXXX** | Balance Updated | **06/03/2025** |
| Account Type | **Debt Buyer** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |

| | | | |
|---|---|---|---|
| Date Opened | 12/22/2023 | Original Balance | $442 |
| Status | Collection account. $442 past due as of Jun 2025. | Highest Balance | - |
| | | Terms | 1 Month |
| Status Updated | Dec 2023 | On Record Until | Jun 2030 |

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | — | — | — | — | — | — |
| 2024 | — | — | C | C | C | C | C | C | C | C | C | C |

C  Collection

**Payment history guide**

Collection as of Jun 2025 to Mar 2024

This account is scheduled to continue on record until Jun 2030.

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2025** | **$442** | $0 | $0 |
| **Apr 2025** | **$442** | $0 | $0 |
| **Mar 2025** | **$442** | $0 | $0 |
| **Feb 2025** | **$442** | $0 | $0 |
| **Jan 2025** | **$442** | $0 | $0 |
| **Dec 2024** | **$442** | $0 | $0 |
| **Nov 2024** | **$442** | $0 | $0 |
| **Oct 2024** | **$442** | $0 | $0 |
| **Sep 2024** | **$442** | $0 | $0 |
| **Aug 2024** | **$442** | $0 | $0 |
| **Jul 2024** | **$442** | $0 | $0 |
| **Jun 2024** | **$442** | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2024** | **$442** | **$0** | **$0** |
| **Apr 2024** | **$442** | **$0** | **$0** |
| **Mar 2024** | **$442** | **$0** | **$0** |

### Additional info

The original amount of this account was $442

---



## Historical Info

| Original Creditor | **FIRST DIGITAL FDC SYNOVUS BANK** |
|---|---|

---



## Contact Info

| Address | **PO BOX 1269, GREENVILLE SC 29602** |
|---|---|
| Phone Number | **(866) 464-1183** |

---

# VYSTAR CREDIT UNION

---



## Account Info

| Account Name | **VYSTAR CREDIT UNION** | Balance | **$90** |
|---|---|---|---|
| Account Number | **427525XXXXXXXXXX** | Balance Updated | **06/19/2025** |
| Account Type | **Secured Card** | Recent Payment | **$50 as of 6/9/2025** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** | Monthly Payment | **$10** |
| Date Opened | **06/29/2020** | Credit Limit | **$500** |
| Status | **Open/Never late.** | Highest Balance | **$130** |
| Status Updated | **June 2025** | Terms | **-** |

---

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2025** | **$116** | **$10** | **$0 on 2/20/2025** |
| **Apr 2025** | **$0** | **$0** | **$0 on 2/20/2025** |
| **Mar 2025** | **$0** | **$0** | **$27 on 2/20/2025** |
| **Feb 2025** | **$27** | **$10** | **$0 on 1/14/2025** |
| **Jan 2025** | **$0** | **$0** | **$8 on 1/14/2025** |
| **Dec 2024** | **$0** | **$0** | **$0 on 10/23/2024** |

**Additional info**

Between Dec 2024 and May 2025, your credit limit/high balance was $500

 **Contact Info**

| Address | PO BOX 45085, |
|---------|---------------|
| | JACKSONVILLE FL 32232 |

# VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 **Account Info**

| Account Name | **VYSTAR CREDIT UNION** | Balance | $844 |
|--------------|-------------------------|---------|------|
| Account Number | 400519XXXXXXXXXX | Balance Updated | 06/19/2025 |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | 05/27/2021 | Credit Limit | $500 |
| Status | **Account charged off. $844 written off. $225 past due as of Jun 2025.** | Highest Balance | $844 |
| | | Terms | - |
| Status Updated | **Dec 2024** | On Record Until | Feb 2031 |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2025** | CO | CO | CO | CO | CO | CO | — | — | — | — | — | — |

| 2024 | 60 | 30 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO |
| 2023 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 30 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 60 |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| ✓ | Current / Terms met | 30 | Past due 30 days |
|---|---|---|---|
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of Jun 2025 to Dec 2024

180 days past due as of Nov 2024

150 days past due as of Oct 2024

120 days past due as of Sep 2024

90 days past due as of Aug 2024

60 days past due as of Jul 2024,Mar 2024,Jan 2024,Dec 2022

30 days past due as of Jun 2024,Feb 2024,Dec 2023,Oct 2023,Feb 2023,Jan 2023,Oct 2022

This account is scheduled to continue on record until Feb 2031.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Apr 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Mar 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Feb 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Jan 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Dec 2024** | $844 | $0 | $0 on 5/9/2024 |
| **Nov 2024** | $844 | $17 | $0 on 5/9/2024 |
| **Oct 2024** | $812 | $16 | $0 on 5/9/2024 |
| **Sep 2024** | $780 | $16 | $0 on 5/9/2024 |
| **Aug 2024** | $748 | $15 | $0 on 5/9/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2024 | $717 | $14 | $0 on 5/9/2024 |
| Jun 2024 | $696 | $14 | $0 on 5/9/2024 |
| May 2024 | $689 | $14 | $70 on 5/9/2024 |
| Apr 2024 | $727 | $15 | $10 on 3/29/2024 |
| Mar 2024 | $704 | $14 | $20 on 2/25/2024 |
| Feb 2024 | $692 | $14 | $0 on 11/26/2023 |
| Jan 2024 | $661 | $13 | $0 on 11/26/2023 |
| Dec 2023 | $629 | $13 | $20 on 11/26/2023 |
| Nov 2023 | $618 | $12 | $5 on 10/25/2023 |
| Oct 2023 | $603 | $12 | $0 on 9/13/2023 |
| Sep 2023 | $596 | $12 | $15 on 9/13/2023 |
| Aug 2023 | $604 | $12 | $10 on 8/16/2023 |
| Jul 2023 | $607 | $12 | $31 on 7/19/2023 |

### Additional info

Between Jul 2023 and May 2025, your credit limit/high balance was $500



### Contact Info

| Address | PO BOX 45085,<br>JACKSONVILLE FL 32232 |
|---------|----------------------------------------|



### Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

## VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**



### Account Info

| Account Name | VYSTAR CREDIT UNION | Balance | - |
|--------------|---------------------|---------|---|

| | |
|---|---|
| Account Number | 427525XXXXXXXXXX |
| Account Type | **Secured Card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **06/22/2020** |
| Status | **Paid, Closed.** |
| Status Updated | **May 2024** |

| | |
|---|---|
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$400** |
| Highest Balance | **$413** |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    **30** Past due 30 days
CLS Closed

**Payment history guide**

30 days past due as of Jul 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2024 | $219 | $10 | $50 on 3/21/2024 |
| Mar 2024 | $223 | $10 | $0 on 2/6/2024 |
| Feb 2024 | $219 | $10 | $50 on 2/6/2024 |
| Jan 2024 | $55 | $10 | $50 on 1/10/2024 |
| Dec 2023 | $0 | $0 | $0 on 11/1/2023 |
| Nov 2023 | $0 | $0 | $79 on 11/1/2023 |
| Oct 2023 | $79 | $10 | $100 on 10/5/2023 |
| Sep 2023 | $170 | $10 | $100 on 9/7/2023 |
| Aug 2023 | $263 | $0 | $40 on 8/10/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2023 | $300 | $10 | $60 on 7/13/2023 |

**Additional info**

Between Jul 2023 and Apr 2024, your credit limit/high balance was $400

---

 **Contact Info**

Address          PO BOX 45085,
                 JACKSONVILLE FL 32232

---

 **Comment**

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

---

 **Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

---

# VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | VYSTAR CREDIT UNION | Balance | $3,706 |
| Account Number | 510750XXXXXX | Balance Updated | 05/03/2025 |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 10/14/2021 | Original Balance | $9,982 |
| Status | Account charged off. $3,706 written off. $3,706 past due as of May 2025. | Highest Balance | - |
| | | Terms | 60 Months |
| Status Updated | May 2025 | On Record Until | Jul 2031 |

$ **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 120 | R | ND | CO | — | — | — | — | — | — | — |
| 2024 | 30 | 60 | 60 | 60 | 90 | ✓ | ND | 30 | 30 | ✓ | 60 | 60 |
| 2023 | 30 | 30 | ✓ | ✓ | 30 | ✓ | 30 | 30 | 30 | 60 | 30 | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | ✓ | 30 | 30 | 60 |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | R | Repossession |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of May 2025

Repossession as of Mar 2025

120 days past due as of Feb 2025

90 days past due as of Jan 2025,May 2024

60 days past due as of Dec 2024,Nov 2024,Apr 2024 to Feb 2024,Oct 2023,Dec 2022

30 days past due as of Sep 2024,Aug 2024,Jan 2024,Nov 2023,Sep 2023 to Jul 2023,May 2023,Feb 2023,Jan 2023,Nov 2022,Oct 2022,Aug 2022,Jul 2022

This account is scheduled to continue on record until Jul 2031.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2025 | $3,984 | $0 | $1,965 on 11/18/2024 |
| Mar 2025 | $5,949 | $0 | $0 on 11/18/2024 |
| Feb 2025 | $5,949 | $238 | $0 on 11/18/2024 |
| Jan 2025 | $5,949 | $238 | $0 on 11/18/2024 |
| Dec 2024 | $5,949 | $238 | $20 on 11/18/2024 |
| Nov 2024 | $5,949 | $238 | $0 on 9/17/2024 |
| Oct 2024 | $5,949 | $238 | $370 on 9/17/2024 |
| Sep 2024 | $6,261 | $238 | $250 on 8/30/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2024 | $6,424 | $238 | $373 on 8/1/2024 |
| Jun 2024 | $6,539 | $238 | $0 on 5/3/2024 |
| May 2024 | $7,392 | $238 | $0 on 3/29/2024 |
| Apr 2024 | $7,392 | $238 | $196 on 3/29/2024 |
| Mar 2024 | $7,488 | $238 | $180 on 2/24/2024 |
| Feb 2024 | $7,502 | $238 | $0 on 1/3/2024 |
| Jan 2024 | $7,502 | $238 | $128 on 1/3/2024 |
| Dec 2023 | $7,502 | $238 | $506 on 11/25/2023 |
| Nov 2023 | $7,843 | $238 | $391 on 10/11/2023 |
| Oct 2023 | $8,131 | $238 | $115 on 9/13/2023 |
| Sep 2023 | $8,159 | $238 | $212 on 8/31/2023 |
| Aug 2023 | $8,265 | $238 | $164 on 7/19/2023 |
| Jul 2023 | $8,265 | $238 | $130 on 6/7/2023 |

### Additional info

The original amount of this account was $9,982



### Contact Info

| | |
|---|---|
| Address | PO BOX 45085, JACKSONVILLE FL 32232 |
| Phone Number | (904) 777-6000 |



### Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# WEBBANK/FINGERHUT



### Account Info

| Account Name | WEBBANK/FINGERHUT | Balance | - |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Account Number | 636992XXXXXXXXXX | Balance Updated | - |
| Account Type | **Charge Card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | **08/16/2018** | Credit Limit | **$300** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$0** |
| Status Updated | **Sep 2019** | Terms | - |
| | | On Record Until | **Sep 2029** |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — |
| 2018 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Sep 2029.

✉ **Contact Info**

| | |
|---|---|
| Address | 6250 RIDGEWOOD RD, SAINT CLOUD MN 56303 |
| Phone Number | (866) 734-0342 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

### NOWCOM/WEST LAKE FINANCIA
Inquired on 06/07/2025

4751 WILSHIRE BLVD LOS ANGELES CA, 90010

Auto loan. This inquiry is scheduled to continue on record until Jul 2027.

### NOWCOM/LIZ AUTO SALES LL
Inquired on 05/30/2025

808 PINE ST ORLANDO FL, 32824

Auto loan. This inquiry is scheduled to continue on record until Jun 2027.

### JPMCB CARD
Inquired on 08/19/2024

PO BOX 15298 WILMINGTON DE, 19850

Unspecified. This inquiry is scheduled to continue on record until Sep 2026.

### AUTONATION FINANCE/DS
Inquired on 05/01/2024

6 EXECUTIVE CIR STE 100 IRVINE CA, 92614

Unspecified. This inquiry is scheduled to continue on record until Jun 2026.

### CAP ONE AUTO FIN VIA DEALER
Inquired on 05/01/2024

PO BOX 259407 PLANO TX, 75025

Auto loan. This inquiry is scheduled to continue on record until Jun 2026.

### CREDIT ACCEPTANCE
Inquired on 05/01/2024

25505 W 12 MILE RD STE 3000 SOUTHFIELD MI, 48034

Unspecified. This inquiry is scheduled to continue on record until Jun 2026.

### EXETER FINANCE LLC/WCG
Inquired on 05/01/2024

2101 W JOHN CARPENTER FWY IRVING TX, 75063

Auto loan. This inquiry is scheduled to continue on record until Jun 2026.

### GLOBAL LENDING SERVICES
Inquired on 05/01/2024

3399 PEACHTREE RD NE STE 400 ATLANTA GA, 30326

Unspecified. This inquiry is scheduled to continue on record until Jun 2026.

### SANTANDER CONSUMER USA
Inquired on 05/01/2024

5201 RUFE SNOW DR NORTH RICHLAND HILLS TX, 76180

Unspecified. This inquiry is scheduled to continue on

### XACTUS - AVANTUS
Inquired on 04/29/2024

600 SAWMILL RD WEST HAVEN CT, 06516

Real Estate on behalf of SUMMIT MORTGAGE CORPORAT. This inquiry is scheduled

### BLUESTEM/WEB BANK/FINGERH UT
Inquired on 08/09/2023

6250 RIDGEWOOD RD SAINT CLOUD MN, 56303

Unspecified. This inquiry is scheduled to continue on

record until Jun
2026.

to continue on
record until May
2026.

record until Sep
2025.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**AFTERPAY US INC**
Inquired on 06/26/2025

760 MARKET ST, SAN FRANCISCO CA 94102
(855) 289-6014

**CHIME FINANCIAL INC**
Inquired on 07/01/2024

101 CALIFORNIA ST STE 500, SAN FRANCISCO CA 94111

**CLARITY/AMICUS-ALCHEMY**
Inquired on 12/21/2024

1920 ALCOTT AVE, CHICO CA 95928

**CLARITY/AMICUS-ALCHEMY**
Inquired on 12/21/2024

1920 ALCOTT AVE, CHICO CA 95928

**CLARITY/CAPITALCOMBK-ELE**
Inquired on 06/01/2025

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CAPITALCOMBKELEV**
Inquired on 06/01/2025

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CASH ADVANCE NOW**
Inquired on 12/21/2024

353 OLD HAYS RD, HAYS MT 59527

**CLARITY/CBW/CREDIT FRESH**
Inquired on 12/21/2024

109 E MAIN ST, WEIR KS 66781

**CLARITY/CCB/TLS/MKANYLT/**
Inquired on 12/21/2024

PO BOX 16, ALLEN TX 75013
(866) 390-3118

**CLARITY/CCBANK-OPPLOANS**
Inquired on 05/30/2025 and 12/21/2024

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CCFLOW/TLS/AF247**
Inquired on 01/29/2025

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CREDIT FRESH**
Inquired on 12/21/2024

200 CONTINENTAL DR STE 401, NEWARK DE 19713

**CLARITY/CREDIT NINJA FMS**
Inquired on 12/21/2024

222 S RIVERSIDE PLZ STE 2300, CHICAGO IL 60606

**CLARITY/CREDIT NINJA/FMS**
Inquired on 12/21/2024

27 N WACKER DR STE 404, CHICAGO IL 60606

**CLARITY/CREDIT NINJA/FMS**
Inquired on 12/21/2024

27 N WACKER DR STE 404, CHICAGO IL 60606

**CLARITY/CREDITFRESH**
Inquired on 12/21/2024

200 CONTINENTAL DR STE 401, NEWARK DE 19713

(866) 255-1668

**CLARITY/EXPLO RECRED-HIVE**
Inquired on 12/21/2024

1 WAKPAMNI LAKE ROAD, WAKPAMNI LAKE SD 57716

**CLARITY/EXPLO RECRED-HIVE**
Inquired on 12/21/2024

1 WAKPAMNI LAKE ROAD, WAKPAMNI LAKE SD 57716

**CLARITY/GREAT PLAINS FIN**
Inquired on 12/21/2024

353 OLD HAYS RD,
HAYS MT 59527

**CLARITY/LUCEN T CASH**
Inquired on 12/21/2024

100C SCHOOLHOUSE CANYON RD, SANTA YSABEL CA 92070

**CLARITY/LUCEN T CASH**
Inquired on 12/21/2024

100C SCHOOLHOUSE CANYON RD, SANTA YSABEL CA 92070

**CLARITY/MONE YKEY**
Inquired on 12/21/2024

69 YONGE STREET SUITE 1500, TORONTO ON 00000
(866) 255-1668

**CLARITY/MONE YKEY**
Inquired on 12/21/2024

69 YONGE STREET SUITE 1500, TORONTO ON 00000
(866) 255-1668

**CLARITY/POSSI BLE FINANCI**
Inquired on 01/17/2025

2231 1ST AVE # B,
SEATTLE WA 98121

**CLARITY/RISE/FI NWISE/EDS**
Inquired on 12/21/2024

4150 INTERNATIONAL PLZ STE 300, FORT WORTH TX 76109

**CLARITY/VARO BANK**
Inquired on 09/06/2024

11781 S LONE PEAKPKWY 150, DRAPER UT 84020

**CONSUMERINFO .COM**
Inquired on 06/27/2025 and 04/28/2025

475 ANTON BLVD,
COSTA MESA CA 92626

**CREDIT CONTROL, LLC**
Inquired on 05/27/2025

5757 PHANTOM DR STE 330, HAZELWOOD MO 63042
(314) 442-7400

**CREDIT KARMA**
Inquired on 07/01/2025, 06/28/2025, 06/26/2025, 06/24/2025, 06/22/2025,

**CREDIT KARMA**
Inquired on 06/25/2025, 06/21/2025, 06/18/2025, 06/14/2025, 06/11/2025,

**CREDIT KARMA**
Inquired on 05/30/2025

760 MARKET ST FL 2,

**CREDIT KARMA INC**
Inquired on 06/11/2025, 06/10/2025, 06/07/2025, 05/30/2025,

| | | |
|---|---|---|
| 06/21/2025, | 06/07/2025, | SAN FRANCISCO |
| 06/18/2025, | 06/04/2025, | CA 94102 |
| 06/17/2025, | 06/01/2025, | |
| 06/14/2025, | 05/28/2025, | |
| 06/12/2025, | 05/24/2025, | |
| 06/11/2025, | 05/21/2025, | |
| 06/10/2025, | 05/17/2025, | |
| 06/08/2025, | 05/10/2025, | |
| 06/07/2025, | 05/07/2025, | |
| 06/06/2025, | 05/03/2025, | |
| 06/02/2025, | 04/30/2025, | |
| 06/01/2025, | 04/27/2025, | |
| 05/31/2025, | 04/23/2025, | |
| 05/29/2025, | 04/19/2025, | |
| 05/28/2025, | 04/16/2025, | |
| 05/27/2025, | 04/12/2025, | |
| 05/24/2025, | 04/09/2025, | |
| 05/22/2025, | 04/05/2025, | |
| 05/21/2025, | 04/02/2025, | |
| 05/20/2025, | 03/30/2025, | |
| 05/19/2025, | 03/26/2025, | |
| 05/18/2025, | 03/22/2025, | |
| 05/17/2025, | 03/19/2025, | |
| 05/16/2025, | 03/15/2025, | |
| 05/15/2025, | 03/12/2025, | |
| 05/11/2025, | 03/08/2025, | |
| 05/10/2025, | 03/05/2025, | |
| 05/09/2025, | 03/01/2025, | |
| 05/07/2025, | 02/26/2025, | |
| 05/04/2025, | 02/23/2025, | |
| 05/01/2025, | 02/19/2025, | |
| 04/30/2025, | 02/15/2025, | |
| 04/29/2025, | 02/12/2025, | |
| 04/28/2025, | 02/08/2025, | |
| 04/27/2025, | 02/06/2025, | |
| 04/26/2025, | 02/01/2025, | |
| 04/25/2025, | 01/29/2025, | |
| 04/23/2025, | 01/26/2025, | |
| 04/22/2025, | 01/22/2025, | |
| 04/20/2025, | 01/18/2025, | |
| 04/19/2025, | 01/15/2025, | |
| 04/18/2025, | 01/11/2025, | |
| 04/16/2025, | 01/08/2025, | |
| 04/15/2025, | 01/04/2025, | |
| 04/12/2025, | 01/01/2025, | |
| 04/11/2025, | 12/29/2024, | |

Column header area (top right):

Experian

08/19/2024 and
07/26/2024

760 MARKET ST
FL 2,
SAN FRANCISCO
CA 94102

04/04/2025,        12/25/2024,
04/02/2025,        12/21/2024,
04/01/2025,        12/18/2024,
03/30/2025,        12/14/2024,
03/29/2025,        12/11/2024,
03/28/2025,        12/07/2024,
03/27/2025,        12/04/2024,
03/26/2025,        12/01/2024,
03/22/2025,        11/27/2024,
03/19/2025,        11/23/2024,
03/18/2025,        11/20/2024,
03/16/2025,        11/16/2024,
03/15/2025,        11/13/2024,
03/13/2025,        11/09/2024,
03/11/2025,        11/06/2024,
03/10/2025,        11/02/2024,
03/09/2025,        10/30/2024,
03/08/2025,        10/27/2024,
03/05/2025,        10/23/2024,
03/04/2025,        10/19/2024,
03/01/2025,        10/16/2024,
02/22/2025,        10/12/2024,
02/21/2025,        10/09/2024,
02/19/2025,        10/02/2024,
02/18/2025,        09/28/2024,
02/15/2025,        09/25/2024,
02/13/2025,        09/21/2024,
02/12/2025,        09/18/2024,
02/11/2025,        09/14/2024,
02/10/2025,        09/11/2024,
02/09/2025,        09/07/2024,
02/08/2025,        09/04/2024,
02/07/2025,        08/31/2024,
02/06/2025,        08/28/2024,
02/01/2025,        08/24/2024,
01/29/2025,        08/21/2024,
01/28/2025,        08/17/2024,
01/25/2025,        08/14/2024,
01/23/2025,        08/10/2024,
01/22/2025,        08/07/2024,
01/19/2025,        08/03/2024,
01/18/2025,        07/31/2024,
01/16/2025,        07/27/2024,
01/14/2025,        07/24/2024,
01/13/2025,        07/20/2024,
01/08/2025,        07/17/2024,

01/05/2025,
01/01/2025,
12/31/2024,
12/28/2024,
12/27/2024,
12/23/2024,
12/22/2024,
12/19/2024,
12/18/2024,
12/17/2024,
12/14/2024,
12/13/2024,
12/12/2024,
12/11/2024,
12/07/2024,
12/06/2024,
12/05/2024,
12/01/2024,
11/30/2024,
11/28/2024,
11/27/2024,
11/23/2024,
11/21/2024,
11/20/2024,
11/18/2024,
11/17/2024,
11/16/2024,
11/15/2024,
11/14/2024,
11/13/2024,
11/09/2024,
11/04/2024,
11/02/2024,
11/01/2024,
10/30/2024,
10/22/2024,
10/21/2024,
10/19/2024,
10/18/2024,
10/16/2024,
10/15/2024,
10/04/2024,
10/02/2024,
10/01/2024,
09/28/2024,
09/25/2024,

07/13/2024,
07/10/2024,
07/06/2024 and
07/03/2024

760 MARKET ST
FL 2,
SAN FRANCISCO
CA 94102

09/24/2024,
09/22/2024,
09/21/2024,
09/18/2024,
09/14/2024,
09/11/2024,
09/07/2024,
09/05/2024,
09/04/2024,
09/03/2024,
09/01/2024,
08/30/2024,
08/29/2024,
08/28/2024,
08/27/2024,
08/24/2024,
08/22/2024,
08/21/2024,
08/20/2024,
08/17/2024,
08/16/2024,
08/15/2024,
08/10/2024,
08/04/2024,
08/01/2024,
07/31/2024,
07/27/2024,
07/25/2024,
07/24/2024,
07/22/2024,
07/21/2024,
07/20/2024,
07/19/2024,
07/09/2024,
07/08/2024,
07/07/2024,
07/04/2024,
07/02/2024 and
07/01/2024

760 MARKET ST
FL 2,
SAN FRANCISCO
CA 94102
(415) 510-5272

CREDIT
NINJA/FMS

DRIVETIME
AUTOMOTIVE

EXPERIAN

EXPERIAN

| | | | |
|---|---|---|---|
| Inquired on 12/21/2024 | **GRO** Inquired on 02/05/2025 | Inquired on 07/01/2025, 06/28/2025, | Inquired on 06/11/2025, 06/10/2025 and |
| 27 N WACKER DR STE 404, CHICAGO IL 60606 | 1720 W RIO SALADO PKWY, TEMPE AZ 85281 (602) 852-6600 | 06/27/2025, 06/21/2025, 06/14/2025, 06/07/2025, 05/31/2025, 05/24/2025, 05/17/2025, 05/10/2025, 05/03/2025, 04/26/2025, 04/19/2025, 04/12/2025, 04/05/2025, 03/29/2025, 03/22/2025, 03/15/2025, 03/08/2025, 03/01/2025, 02/22/2025, 02/15/2025, 02/08/2025, 02/01/2025, 01/25/2025, 01/18/2025, 01/11/2025, 01/04/2025, 12/28/2024, 12/23/2024, 12/21/2024, 12/14/2024, 12/07/2024, 11/30/2024, 11/23/2024, 11/16/2024, 11/09/2024, 11/02/2024, 10/26/2024, 10/19/2024, 10/12/2024, 10/05/2024, 09/28/2024, 09/21/2024, 09/14/2024, | 475 ANTON BLVD, COSTA MESA CA 92626 |

09/07/2024,
08/31/2024,
08/24/2024,
08/17/2024,
08/10/2024,
08/03/2024,
07/27/2024 and
07/06/2024

475 ANTON
BLVD,
COSTA MESA CA
92626

(866) 431-3471

**EXPERIAN**
Inquired on
06/07/2025,
05/30/2025,
05/22/2025,
05/10/2025,
05/09/2025,
05/08/2025,
05/03/2025,
04/13/2025,
03/29/2025,
03/04/2025,
02/07/2025,
01/08/2025,
12/27/2024,
12/18/2024,
12/17/2024,
10/21/2024,
10/04/2024,
09/22/2024,
08/26/2024,
08/21/2024,
08/19/2024,
08/03/2024 and
07/23/2024

475 ANTON
BLVD,
COSTA MESA CA
92626

**EXPERIAN**
Inquired on
04/28/2025

475 ANTON
BLVD,
COSTA MESA CA
92626

**EXPERIAN**
Inquired on
04/28/2025

PO BOX 9600,
ALLEN TX 75013
(800) 311-4769

**EXPERIAN
CREDITMATCH**
Inquired on
07/01/2025 and
06/27/2025

475 ANTON
BLVD # D4,
COSTA MESA CA
92626

**EXPERIAN CS IDENTITY**
Inquired on 03/25/2025

535 ANTON BLVD STE 100, COSTA MESA CA 92626

**EXPERIANHLTH**
Inquired on 07/07/2024

720 COOL SPRINGS BLVD STE 200, FRANKLIN TN 37067
(763) 416-1030

On behalf of SRCHAMER/HCA NATIONAL PA for Legitimate Business Need

**FIRST CREDIT SERVICES**
Inquired on 10/14/2024

9 WILLIS WAY BLDG 3, PISCATAWAY NJ 08854

**ID ME INC**
Inquired on 11/12/2024

8281 GREENSBORO DR STE 600, TYSONS CORNER VA 22102
(866) 775-4363

**LEXISNEXIS/INS /STATE FARM**
Inquired on 06/11/2025

1000 ALDERMAN DR, ALPHARETTA GA 30005
(800) 456-6004

On behalf of STATE FARM INSURANCE COM for Insurance underwriting

**ONEMAIN**
Inquired on 12/21/2024

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

**PROGRESSIVE INSURANCE**
Inquired on 06/10/2025

PO BOX 6807, CLEVELAND OH 44101
(800) 776-4737

**PROGRESSIVE INSURANCE**
Inquired on 07/26/2024

PO BOX 6807, CLEVELAND OH 44101
(800) 776-4737

**QUINSTREET/GU IDE TO LEND**
Inquired on 12/21/2024

950 TOWER LN FL 6, FOSTER CITY CA 94404
(650) 578-7700

**RESURGENT CAPITAL SERVIC**
Inquired on 10/09/2024

PO BOX 10497, GREENVILLE SC 29603
(866) 464-1183

**RISE/CCB/EDS**
Inquired on 06/01/2025

3280 N UNIVERSITY AVE, PROVO UT 84604
(801) 356-6699

**RISE/FINWISE BANK/EDS**
Inquired on 12/21/2024

756 E WINCHESTER ST STE 100, MURRAY UT 84107

**SSA OPTION 6**
Inquired on 03/27/2025

**TRANSUNION INTERACTIVE I**

6401 SECURITY
BLVD,
BALTIMORE MD
21235

Inquired on
06/25/2025,
04/28/2025 and
03/28/2025

100 CROSS ST
STE 202,
SAN LUIS
OBISPO CA
93401
(805) 782-8282

## Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's

identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580 |
| **2.** To the extent not included in item 1 above: | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| **d.** Federal Credit Unions | |

**d.** National Credit Union
Administration
Office of Consumer Financial
Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for
Office of Aviation Consumer
Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance,
Governmental Affairs, and
Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards
Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of
Capital Access
United States Small Business
Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

| | |
|---|---|
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or**<br>Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- [Notification of Rights for California Consumers](#)
- [Notification of Rights for Colorado Consumers](#)
- [Notification of Rights for Connecticut Consumers](#)
- [Notification of Rights for Maryland Consumers](#)
- [Notification of Rights for Massachusetts Consumers](#)
- [Notification of Rights for Texas Consumers](#)
- [Notification of Rights for Vermont Consumers](#)
- [Notification of Rights for Washington Consumers](#)

Prepared For

# TAVARIS POLLOCK

## Personal & Confidential

**Date Generated**    Nov 26, 2025

**Report Number**    2969-0294-44

| At a Glance | 18 Accounts | 0 Public Records | 11 Hard Inquiries |

## Personal Information

14 Names    16 Addresses    5 Employers    4 Other Records

---

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported

personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

# Names

**TAVARIST POLLOCK**

Name ID #18481

**TAVARIS POLLOCK**

Name ID #15065

**TAVARIS TYRONE POLLOCK**

Name ID #9335

**TAVARIST TOLLOCK**

Name ID #13276

**TAVAR POLLOCK**

Name ID #24836

**TARVARIST POLLOCK**

Name ID #26219

**TAVARIS POLLLOCK**

Name ID #12175

**TAVARIS POLLCK**

Name ID #12437

**TAVARIAS POLLOCK**

Name ID #25334

**GAVARIST POLLOCK**

**TRAVIS POLLACK**

Name ID #6612

**TAVARIS TOLLOCK**

Name ID #22661

**POLLOCK
TAVARIS**

Name ID
#16154

Name ID
#4364

**GAVARIS
POLLOCK**

Name ID
#5436

# Addresses

| 142 SANDY BEACH LN ATLANTIC BEACH FL, 32233-2569 | 3110 STUART ST JACKSON VILLE FL, 32209-4345 | 11766 PLEASANT CREEK DR JACKSON VILLE FL, 32218-7566 | 401 CENTURY 21 DR APTE82 JACKSON VILLE FL, 32216-7759 |
| Address ID #0896184014 Single family | Address ID #0061601334 Single family | Address ID #0746952380 Single family | Address ID #0826676574 Apartment complex |

| 1744 SANDALWOOD BLVD | 13252 PACEMAKER DR | 401 CENTURY 21 DR APTF117 | 401 CENTURY 21 DR APT117 |

JACKSON VILLE FL, 32246-8828

Address ID #0061931649 Single family

JACKSON VILLE FL, 32225-7110

Address ID #0317975752 Single family

JACKSON VILLE FL, 32216-7789

Address ID #0834098155 Apartmen t complex

JACKSON VILLE FL, 32216-7755

Address ID #0862738186 Apartmen t complex

401 CENTURY 21 PARK DR JACKSON VILLE FL, 32216

Address ID #0849153538 Apartmen t complex

401 CENTURY 21 PARK DR JACKSON VILLE FL, 32211

Address ID #0833291770 Apartmen t complex

8090 ATLANTIC BLVD APTE82 JACKSON VILLE FL, 32211-8547

Address ID #0061678625 Apartmen t complex

117 S 14TH ST WILMING TON NC, 28401-4914

Address ID #0055573954 Single family

**3110 UART ST JACKSON VILLE FL, 32209**

Address ID #0983068064
Single family

**1715 HODGES BLVD JACKSON VILLE FL, 32224-3086**

Address ID #0786546682
Multifamily

**1801 FOX POINT TRL APT2 FORT WAYNE IN, 46816-2462**

Address ID #0099638336
Apartment complex

**402 S 14TH ST WILMING TON NC, 28401-5432**

Address ID #0505426445
Single family

# Year of Birth

1993

# Phone Numbers

(904) 888-7712

Cellular

(904) 290-6640

Residential

(904) 662-0211

Cellular

# Employers

| US SECURITY | LAWTEY CORRECTIONAL INSTITUTIO | MERIDIAN WASTE | NA |
|---|---|---|---|

| NUCO 2 |
|---|

# Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## 121 FINANCIAL CR UN

 ## Account Info

| | |
|---|---|
| Account Name | **121 FINANCIAL CR UN** |
| Account Number | **452186XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **07/11/2017** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Aug 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$500** |
| Highest Balance | **$558** |
| Terms | **-** |
| On Record Until | **Aug 2029** |



## Payment History



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |
| 2018 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓    Current / Terms met

CLS    Closed

This account is scheduled to continue on record until Aug 2029.



## Contact Info

Address

**PO BOX 40769,
JACKSONVILLE FL 32203**

Phone Number

**(904) 723-6300**



## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None



## Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

## 121 FINANCIAL CR UN

**POTENTIALLY NEGATIVE**

 ## Account Info

| | |
|---|---|
| Account Name | **121 FINANCIAL CR UN** |
| Account Number | **452185XXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **06/29/2020** |
| Status | **Closed.** |
| Status Updated | **Oct 2024** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **$0** |
| Credit Limit | **$500** |
| Highest Balance | **$587** |
| Terms | **-** |

 **Payment History**



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2023 | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 30 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2020 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

30   Past due 30 days

CLS   Closed

## Payment history guide

30 days past due as of Mar 2023,Feb 2023,Dec 2022,Oct 2022,May 2022,Apr 2022,Dec 2021

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2024** | $0 | $0 | $0 on 8/19/2024 |
| **Aug 2024** | $0 | $0 | $30 on 8/19/2024 |
| **Jul 2024** | $122 | $25 | $30 on 7/12/2024 |
| **Jun 2024** | $180 | $25 | $30 on 6/14/2024 |
| **May 2024** | $207 | $25 | $30 on 5/17/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2024** | $256 | $25 | $30 on 4/19/2024 |
| **Mar 2024** | $160 | $25 | $30 on 3/8/2024 |
| **Feb 2024** | $210 | $25 | $30 on 2/9/2024 |
| **Jan 2024** | $259 | $25 | $30 on 1/12/2024 |
| **Dec 2023** | $307 | $25 | $30 on 12/15/2023 |
| **Nov 2023** | $354 | $25 | $30 on 11/17/2023 |

## Additional info

Between Nov 2023 and Sep 2024, your credit limit/high balance was $500

---



## Historical Info

Company Sold          **VYSTAR CU**

---



## Contact Info

Address                              **PO BOX 40769,**
                                     **JACKSONVILLE FL 32203**

Phone Number                         [(904) 723-6300](tel:9047236300)

---



## Comment

## Current:

---

**Purchased by another lender.**

## Previous:

**None**



## Reinvestigation Info

**This item remained unchanged from our processing of your dispute in May 2025.**

# 1ST DIGITAL/SYNOVUS/VT

## POTENTIALLY NEGATIVE



## Account Info

| | |
|---|---|
| Account Name | **1ST DIGITAL/SYNOVUS/VT** |
| Account Number | **526449XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |

| | |
|---|---|
| Date Opened | **08/15/2023** |
| Status | **Closed. $442 written off.** |
| Status Updated | **Dec 2023** |
| Balance | **$0** |
| Balance Updated | **12/13/2023** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$300** |
| Highest Balance | **$442** |
| Terms | **-** |

---

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | ✓ | **30** | **CO** | **CO** |

✓    Current / Terms met

**30**  Past due 30 days

**CO**  Charge off

## Payment history guide

Charge Off as of Dec 2023,Nov 2023

30 days past due as of Oct 2023

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2023** | **$442** | **$41** | **$0** |

### Additional info

As of Nov 2023 your credit limit/high balance was $300

---

 ## Historical Info

Company Sold     **RESURGENT ACQUISITIONS LLC**

Original Creditor          **FIRSTDIGITAL**



## Contact Info

Address                          **PO BOX 85650,
                                   SIOUX FALLS SD 57118**

Phone Number                     [(844) 358-0074](tel:8443580074)



## Comment

## Current:

**Purchased by another lender.**

## Previous:

**First payment never received.**

## Oct 2023 to Nov 2023



## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# CURRENT/CRB



## Account Info

| | |
|---|---|
| Account Name | **CURRENT/CRB** |
| Account Number | **766ICBXXXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Individual** |
| Date Opened | **07/23/2023** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$0** |
| Balance Updated | **10/31/2025** |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | **$0** |
| Credit Limit | - |
| Highest Balance | **$0** |
| Terms | **1 Month** |

---

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| **Sep 2025** | $0 | $0 | $0 |
| **Aug 2025** | $0 | $0 | $0 |
| **Jul 2025** | $0 | $0 | $0 |
| **Jun 2025** | $0 | $0 | $0 |
| **May 2025** | $0 | $0 | $0 |
| **Apr 2025** | $0 | $0 | $0 |
| **Mar 2025** | $0 | $0 | $0 |

## Additional info

Between Mar 2025 and Sep 2025, your credit limit/high balance was $0



## Contact Info

| | |
|---|---|
| Address | **885 TEANECK RD,**<br>**TEANECK NJ 07666** |
| Phone Number | **(201) 808-7000** |

# MIDLAND CREDIT MANAGEMEN

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | **MIDLAND CREDIT MANAGEMEN** |
| Account Number | **31799XXXX** |
| Account Type | **Debt Buyer** |
| Responsibility | **Individual** |
| Date Opened | **08/29/2022** |
| Status | **Collection account. $618 past due as of Nov 2025.** |

| Status Updated | Aug 2022 |
|---|---|
| Balance | $618 |
| Balance Updated | 11/21/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $618 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Oct 2028 |

## $ Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | C | C | C | C | — |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | — | — | C | C | C | C | C | C | C | C | C | C |

**C**    Collection

## Payment history guide

Collection as of Nov 2025 to Mar 2023

## This account is scheduled to continue on record until Oct 2028.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Oct 2025** | $618 | $0 | $0 |
| **Sep 2025** | $618 | $0 | $0 |
| **Aug 2025** | $618 | $0 | $0 |
| **Jul 2025** | $618 | $0 | $0 |
| **Jun 2025** | $618 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2025** | **$618** | **$0** | **$0** |
| **Apr 2025** | **$618** | **$0** | **$0** |
| **Mar 2025** | **$618** | **$0** | **$0** |

## Additional info

The original amount of this account was $618

---



## Historical Info

Original Creditor      **CREDIT ONE BANK N.A.**

---



## Contact Info

Address      **320 E BIG BEAVER RD STE 300, TROY MI 48083**

Phone Number                          (877) 822-0381

# MOHELA

 ## Account Info

| | |
|---|---|
| Account Name | **MOHELA** |
| Account Number | **200735XXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **02/27/2020** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$2,882** |
| Balance Updated | **10/31/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$30** |

| Original Balance | **$2,625** |
|---|---|
| Highest Balance | - |
| Terms | **120 Months** |

---

 ## Payment History

|       | J  | F  | M  | A  | M  | J  | J  | A  | S  | O | N | D |
|-------|----|----|----|----|----|----|----|----|----|---|---|---|
| 2025  | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✔ | — | — |
| 2024  | ND | ✔  | ND | ND | ND | ND | ✔  | ✔  | ND | ✔ | ✔ | ✔ |
| 2023  | ND | ND | ND | ND | ✔  | ✔  | ✔  | ✔  | ND | ✔ | ✔ | ✔ |
| 2022  | ✔  | ✔  | ✔  | ✔  | ✔  | ✔  | ✔  | ✔  | ND | ND | ND | ND |
| 2021  | —  | —  | —  | —  | ✔  | ✔  | ✔  | ✔  | ✔  | ✔ | ✔ | ✔ |

✔   Current / Terms met

ND   No data for this period

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2025** | **$2,875** | $29 | $0 on 8/1/2023 |
| **Aug 2025** | **$2,865** | $29 | $0 on 8/1/2023 |
| **Jul 2025** | **$2,855** | $29 | $0 on 8/1/2023 |
| **Jun 2025** | **$2,844** | $29 | $0 on 8/1/2023 |
| **May 2025** | **$2,834** | $29 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2025** | **$2,814** | **$29** | **$0 on 8/1/2023** |
| **Feb 2025** | **$2,804** | **$29** | **$0 on 8/1/2023** |
| **Jan 2025** | **$2,794** | **$29** | **$0 on 8/1/2023** |
| **Dec 2024** | **$2,784** | **$29** | **$0 on 8/1/2023** |
| **Nov 2024** | **$2,773** | **$29** | **$0 on 8/1/2023** |
| **Oct 2024** | **$2,763** | **$29** | **$0 on 8/1/2023** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2024 | $2,753 | $28 | $0 on 8/1/2023 |
| Aug 2024 | $2,744 | $28 | $0 on 8/1/2023 |
| Jul 2024 | $2,733 | $28 | $0 on 8/1/2023 |
| Jun 2024 | $2,723 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $2,684 | $27 | $0 on 8/1/2023 |
| Jan 2024 | $2,674 | $0 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2023** | **$2,664** | $27 | **$0 on 8/1/2023** |
| **Nov 2023** | **$2,654** | $27 | **$0 on 8/1/2023** |

### Additional info

The original amount of this account was $2,625

---

 ## Contact Info

Address

**633 SPIRIT DR,
CHESTERFIELD MO 63005**

---

 ## Comment

## Current:

None

## Previous:

Payment Deferred.

Jun 2024, Jan 2024, Nov 2022 to Apr 2023



## Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# MOHELA



## Account Info

| | |
|---|---|
| Account Name | **MOHELA** |
| Account Number | **200735XXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **02/27/2020** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$4,946** |
| Balance Updated | **10/31/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$51** |
| Original Balance | **$4,500** |
| Highest Balance | **-** |
| Terms | **120 Months** |

$ **Payment History**



|      | J  | F  | M  | A  | M  | J  | J  | A  | S  | O  | N  | D  |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✓  | —  | —  |
| 2024 | ND | ✓  | ND | ND | ND | ND | ✓  | ✓  | ND | ✓  | ✓  | ✓  |
| 2023 | ND | ND | ND | ND | ✓  | ✓  | ✓  | ✓  | ND | ✓  | ✓  | ✓  |
| 2022 | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  | ND | ND | ND | ND |
| 2021 | —  | —  | —  | —  | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  | ✓  |

✓   Current / Terms met

ND   No data for this period



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2025 | $4,933 | $49 | $0 on 8/1/2023 |
| Aug 2025 | $4,916 | $49 | $0 on 8/1/2023 |
| Jul 2025 | $4,898 | $49 | $0 on 8/1/2023 |
| Jun 2025 | $4,881 | $49 | $0 on 8/1/2023 |
| May 2025 | $4,863 | $49 | $0 on 8/1/2023 |
| Mar 2025 | $4,828 | $49 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2025 | $4,811 | $49 | $0 on 8/1/2023 |
| Jan 2025 | $4,795 | $49 | $0 on 8/1/2023 |
| Dec 2024 | $4,777 | $49 | $0 on 8/1/2023 |
| Nov 2024 | $4,759 | $49 | $0 on 8/1/2023 |
| Oct 2024 | $4,742 | $49 | $0 on 8/1/2023 |
| Sep 2024 | $4,725 | $49 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2024 | $4,708 | $49 | $0 on 8/1/2023 |
| Jul 2024 | $4,691 | $49 | $0 on 8/1/2023 |
| Jun 2024 | $4,673 | $0 | $0 on 8/1/2023 |
| Feb 2024 | $4,605 | $46 | $0 on 8/1/2023 |
| Jan 2024 | $4,589 | $0 | $0 on 8/1/2023 |
| Dec 2023 | $4,572 | $46 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2023** | **$4,554** | **$46** | **$0 on 8/1/2023** |

## Additional info

The original amount of this account was $4,500

---



## Contact Info

Address          **633 SPIRIT DR, CHESTERFIELD MO 63005**

---



## Comment

## Current:

---

**None**

## Previous:

**Payment Deferred.**

Jun 2024, Jan 2024, Nov 2022 to Apr 2023



## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# MOHELA



## Account Info

Account Name               **MOHELA**

Account Number             **200735XXXXXXXXXXXXXXXXXXXXXXX**

Account Type               **Education**

| | |
|---|---|
| Responsibility | **Individual** |
| Date Opened | **08/31/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$1,541** |
| Balance Updated | **10/31/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$16** |
| Original Balance | **$1,391** |
| Highest Balance | **-** |
| Terms | **120 Months** |

---

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✔ | — | — |

| 2024 | ND | ✓ | ND | ND | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | — | — | — | ✓ | ND | ND | ND | ND |

✓  Current / Terms met

ND  No data for this period



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Sep 2025** | **$1,537** | $15 | **$0 on 8/1/2023** |
| **Aug 2025** | **$1,531** | $15 | **$0 on 8/1/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $1,525 | $15 | $0 on 8/1/2023 |
| Jun 2025 | $1,519 | $15 | $0 on 8/1/2023 |
| May 2025 | $1,513 | $15 | $0 on 8/1/2023 |
| Mar 2025 | $1,501 | $15 | $0 on 8/1/2023 |
| Feb 2025 | $1,495 | $15 | $0 on 8/1/2023 |
| Jan 2025 | $1,490 | $15 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2024 | $1,484 | $15 | $0 on 8/1/2023 |
| Nov 2024 | $1,477 | $15 | $0 on 8/1/2023 |
| Oct 2024 | $1,472 | $15 | $0 on 8/1/2023 |
| Sep 2024 | $1,466 | $15 | $0 on 8/1/2023 |
| Aug 2024 | $1,460 | $15 | $0 on 8/1/2023 |
| Jul 2024 | $1,454 | $15 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jun 2024** | **$1,448** | **$0** | **$0 on 8/1/2023** |
| **Feb 2024** | **$1,425** | **$17** | **$0 on 8/1/2023** |
| **Jan 2024** | **$1,420** | **$0** | **$0 on 8/1/2023** |
| **Dec 2023** | **$1,414** | **$17** | **$0 on 8/1/2023** |
| **Nov 2023** | **$1,408** | **$17** | **$0 on 8/1/2023** |

## Additional info

The original amount of this account was $1,391



## Contact Info

Address

**633 SPIRIT DR,**

**CHESTERFIELD MO 63005**



## Comment

## Current:

None

## Previous:

**Payment Deferred.**

Jun 2024, Jan 2024, Nov 2022 to Apr 2023



## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# MOHELA

 ## Account Info

| | |
|---|---|
| Account Name | **MOHELA** |
| Account Number | **200735XXXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **08/31/2022** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$2,216** |
| Balance Updated | **10/31/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$23** |
| Original Balance | **$2,000** |

Highest Balance                          -

Terms                          **120 Months**

---

$\boxed{\$}$ **Payment History**

|      | J  | F  | M  | A  | M  | J  | J  | A  | S  | O  | N  | D  |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✔ | — | — |
| 2024 | ND | ✔  | ND | ND | ND | ND | ✔  | ✔  | ND | ✔ | ✔ | ✔ |
| 2023 | ND | ND | ND | ND | ✔  | ✔  | ✔  | ✔  | ND | ✔ | ✔ | ✔ |
| 2022 | —  | —  | —  | —  | —  | —  | —  | ✔  | ND | ND | ND | ND |

✔  Current / Terms met

ND  No data for this period

---



# Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2025 | $2,210 | $22 | $0 on 8/1/2023 |
| Aug 2025 | $2,201 | $22 | $0 on 8/1/2023 |
| Jul 2025 | $2,193 | $22 | $0 on 8/1/2023 |
| Jun 2025 | $2,184 | $22 | $0 on 8/1/2023 |
| May 2025 | $2,176 | $22 | $0 on 8/1/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | **$2,159** | **$22** | **$0 on 8/1/2023** |
| **Feb 2025** | **$2,150** | **$22** | **$0 on 8/1/2023** |
| **Jan 2025** | **$2,142** | **$22** | **$0 on 8/1/2023** |
| **Dec 2024** | **$2,133** | **$22** | **$0 on 8/1/2023** |
| **Nov 2024** | **$2,125** | **$22** | **$0 on 8/1/2023** |
| **Oct 2024** | **$2,116** | **$22** | **$0 on 8/1/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Sep 2024** | $2,108 | $22 | **$0 on 8/1/2023** |
| **Aug 2024** | $2,099 | $22 | **$0 on 8/1/2023** |
| **Jul 2024** | $2,091 | $22 | **$0 on 8/1/2023** |
| **Jun 2024** | $2,083 | $0 | **$0 on 8/1/2023** |
| **Feb 2024** | $2,049 | $24 | **$0 on 8/1/2023** |
| **Jan 2024** | $2,041 | $0 | **$0 on 8/1/2023** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2023** | **$2,033** | **$24** | **$0 on 8/1/2023** |
| **Nov 2023** | **$2,024** | **$24** | **$0 on 8/1/2023** |

## Additional info

The original amount of this account was $2,000

---



## Contact Info

Address

**633 SPIRIT DR,**
**CHESTERFIELD MO 63005**

---



## Comment

## Current:

None

## Previous:

**Payment Deferred.**

Jun 2024, Jan 2024, Nov 2022 to Apr 2023



### Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# NAVY FEDERAL CR UNION



### Account Info

| | |
|---|---|
| Account Name | **NAVY FEDERAL CR UNION** |
| Account Number | **542217XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **05/21/2014** |
| Status | **Inactive/Never late.** |
| Status Updated | **Feb 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **$41** |
| Credit Limit | **$2,000** |
| Highest Balance | **$2,035** |
| Terms | **-** |
| On Record Until | **Feb 2026** |

---

 # Payment History



This account is scheduled to continue on record until Feb 2026.



## Contact Info

| | |
|---|---|
| Address | **PO BOX 3700, MERRIFIELD VA 22119** |
| Phone Number | **(888) 842-6328** |

# PREMIER BKCRD/FIRST PREMIER

## POTENTIALLY NEGATIVE



## Account Info

| | |
|---|---|
| Account Name | **PREMIER BKCRD/FIRST PREMIER** |
| Account Number | **517800XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **08/22/2023** |
| Status | **Account charged off. $606 written off. $606 past due as of Nov 2025.** |

| Status Updated | **Feb 2024** |
|---|---|
| Balance | **$606** |
| Balance Updated | **11/02/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$400** |
| Highest Balance | **$606** |
| Terms | **-** |
| On Record Until | **Jun 2030** |

---

$ **Payment History**

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | — |
| **2024** | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2023** | — | — | — | — | — | — | — | ✓ | ✓ | 30 | 60 | 90 |

✓    Current / Terms met

30    Past due 30 days

60    Past due 60 days

90    Past due 90 days

120    Past due 120 days

CO    Charge off

## Payment history guide

Charge Off as of Nov 2025 to Feb 2024

120 days past due as of Jan 2024

90 days past due as of Dec 2023

60 days past due as of Nov 2023

30 days past due as of Oct 2023

This account is scheduled to continue on record until Jun 2030.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2025 | $606 | $0 | $0 |
| Sep 2025 | $606 | $0 | $0 |
| Aug 2025 | $606 | $0 | $0 |
| Jul 2025 | $606 | $0 | $0 |
| Jun 2025 | $606 | $0 | $0 |
| May 2025 | $606 | $0 | $0 |
| Apr 2025 | $606 | $0 | $0 |
| Mar 2025 | $606 | $0 | $0 |
| Feb 2025 | $606 | $0 | $0 |
| Jan 2025 | $606 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Dec 2024 | $606 | $0 | $0 |
| Nov 2024 | $606 | $0 | $0 |
| Oct 2024 | $606 | $0 | $0 |
| Sep 2024 | $606 | $0 | $0 |
| Aug 2024 | $606 | $0 | $0 |
| Jul 2024 | $606 | $0 | $0 |
| Jun 2024 | $606 | $0 | $0 |
| May 2024 | $606 | $0 | $0 |
| Apr 2024 | $606 | $0 | $0 |
| Mar 2024 | $606 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Feb 2024** | **$606** | **$0** | **$0** |
| **Jan 2024** | **$589** | **$42** | **$0** |
| **Dec 2023** | **$571** | **$41** | **$0** |
| **Nov 2023** | **$554** | **$39** | **$0** |

### Additional info

Between Nov 2023 and Oct 2025, your credit limit/high balance was $400

---

 ### Contact Info

Address          601 S MINNESOTA AVE,
                 SIOUX FALLS SD 57104

Phone Number     [(800) 987-5521](tel:8009875521)

---



## Comment

### Current:

Account information disputed by consumer
(Meets requirement of the Fair Credit
Reporting Act).

### Previous:

Account information disputed by consumer
(Meets requirement of the Fair Credit
Reporting Act).

## May 2025 to Oct 2025

Credit line suspended.

## Dec 2023 to Feb 2024



## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# RESURGENT/LVNV FUNDING

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | **RESURGENT/LVNV FUNDING** |
| Account Number | **526449XXXXXXXXXX** |
| Account Type | **Debt Buyer** |
| Responsibility | **Individual** |
| Date Opened | **12/22/2023** |
| Status | **Collection account. $442 past due as of Nov 2025.** |
| Status Updated | **Dec 2023** |
| Balance | **$442** |
| Balance Updated | **11/04/2025** |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | **$442** |
| Highest Balance | - |
| Terms | **1 Month** |
| On Record Until | **Jun 2030** |

---

 ## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | C | C | C | C | — |
| 2024 | — | — | C | C | C | C | C | C | C | C | C | C |

C   Collection

### Payment history guide

Collection as of Nov 2025 to Mar 2024

This account is scheduled to continue on record until Jun 2030.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Oct 2025** | **$442** | $0 | **$0** |
| **Sep 2025** | **$442** | $0 | **$0** |
| **Aug 2025** | **$442** | $0 | **$0** |
| **Jul 2025** | **$442** | $0 | **$0** |
| **Jun 2025** | **$442** | $0 | **$0** |
| **May 2025** | **$442** | $0 | **$0** |
| **Apr 2025** | **$442** | $0 | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | **$442** | **$0** | **$0** |
| **Feb 2025** | **$442** | **$0** | **$0** |
| **Jan 2025** | **$442** | **$0** | **$0** |
| **Dec 2024** | **$442** | **$0** | **$0** |
| **Nov 2024** | **$442** | **$0** | **$0** |
| **Oct 2024** | **$442** | **$0** | **$0** |
| **Sep 2024** | **$442** | **$0** | **$0** |
| **Aug 2024** | **$442** | **$0** | **$0** |
| **Jul 2024** | **$442** | **$0** | **$0** |
| **Jun 2024** | **$442** | **$0** | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2024** | **$442** | **$0** | **$0** |
| **Apr 2024** | **$442** | **$0** | **$0** |
| **Mar 2024** | **$442** | **$0** | **$0** |

## Additional info

The original amount of this account was $442

---



## Historical Info

Original Creditor          **FIRST DIGITAL FDC SYNOVUS BANK**

---



## Contact Info

Address          **PO BOX 1269, GREENVILLE SC 29602**

Phone Number                                    **(866) 464-1183**

# VYSTAR CREDIT UNION

 ## Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **427525XXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **06/29/2020** |
| Status | **Open/Never late.** |
| Status Updated | **Nov 2025** |
| Balance | **$249** |
| Balance Updated | **11/19/2025** |
| Recent Payment | **$20 as of 11/7/2025** |
| Monthly Payment | **$10** |

| | |
|---|---|
| Credit Limit | **$500** |
| Highest Balance | **$263** |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — |
| 2024 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓   Current / Terms met

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2025** | $78 | $10 | $25 on 9/5/2025 |
| **Aug 2025** | $100 | $0 | $20 on 8/19/2025 |
| **Jul 2025** | $72 | $10 | $20 on 7/20/2025 |
| **Jun 2025** | $90 | $10 | $50 on 6/9/2025 |
| **May 2025** | $116 | $10 | $0 on 2/20/2025 |
| **Apr 2025** | $0 | $0 | $0 on 2/20/2025 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2025** | $0 | $0 | $27 on 2/20/2025 |
| **Feb 2025** | $27 | $10 | $0 on 1/14/2025 |
| **Jan 2025** | $0 | $0 | $8 on 1/14/2025 |
| **Dec 2024** | $0 | $0 | $0 on 10/23/2024 |

## Additional info

Between Dec 2024 and Sep 2025, your credit limit/high balance was $500

---

 ## Contact Info

Address                                    PO BOX 45085,
                                           JACKSONVILLE FL 32232

# VYSTAR CREDIT UNION

## POTENTIALLY NEGATIVE

 ## Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **400519XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **05/27/2021** |
| Status | **Account charged off. $844 written off. $310 past due as of Nov 2025.** |
| Status Updated | **Dec 2024** |
| Balance | **$844** |
| Balance Updated | **11/19/2025** |

| Recent Payment | - |
|---|---|
| Monthly Payment | - |
| Credit Limit | **$500** |
| Highest Balance | **$844** |
| Terms | - |
| On Record Until | **Feb 2031** |

## $ Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | ND | CO | — |
| 2024 | 60 | 30 | 60 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO |
| 2023 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 30 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 60 |
| 2021 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓        Current / Terms met

30      Past due 30 days

60      Past due 60 days

90      Past due 90 days

120    Past due 120 days

150    Past due 150 days

180    Past due 180 days

CO     Charge off

ND     No data for this
         period

## Payment history guide

Charge Off as of Nov 2025,Sep 2025 to Dec 2024

180 days past due as of Nov 2024

150 days past due as of Oct 2024

120 days past due as of Sep 2024

90 days past due as of Aug 2024

60 days past due as of Jul 2024,Mar 2024,Jan 2024,Dec 2022

30 days past due as of Jun 2024,Feb 2024,Dec 2023,Oct 2023,Feb 2023,Jan 2023,Oct 2022

This account is scheduled to continue on record until Feb 2031.

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2025** | **$844** | $0 | **$0 on 5/9/2024** |
| **Aug 2025** | **$844** | $0 | **$0 on 5/9/2024** |
| **Jul 2025** | **$844** | $0 | **$0 on 5/9/2024** |
| **Jun 2025** | **$844** | $0 | **$0 on 5/9/2024** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Apr 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Mar 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Feb 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Jan 2025** | $844 | $0 | $0 on 5/9/2024 |
| **Dec 2024** | $844 | $0 | $0 on 5/9/2024 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2024** | **$844** | $17 | $0 on 5/9/2024 |
| **Oct 2024** | $812 | $16 | $0 on 5/9/2024 |
| **Sep 2024** | $780 | $16 | $0 on 5/9/2024 |
| **Aug 2024** | $748 | $15 | $0 on 5/9/2024 |
| Jul 2024 | $717 | $14 | $0 on 5/9/2024 |
| **Jun 2024** | $696 | $14 | $0 on 5/9/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **May 2024** | $689 | $14 | $70 on 5/9/2024 |
| **Apr 2024** | $727 | $15 | $10 on 3/29/2024 |
| **Mar 2024** | $704 | $14 | $20 on 2/25/2024 |
| **Feb 2024** | $692 | $14 | $0 on 11/26/2023 |
| **Jan 2024** | $661 | $13 | $0 on 11/26/2023 |
| **Dec 2023** | $629 | $13 | $20 on 11/26/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2023** | **$618** | **$12** | **$5 on 10/25/2023** |

## Additional info

Between Nov 2023 and Sep 2025, your credit limit/high balance was $500

---



## Contact Info

Address

**PO BOX 45085,
JACKSONVILLE FL 32232**

---



## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# VYSTAR CREDIT UNION

## POTENTIALLY NEGATIVE

 ## Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **427525XXXXXXXXXX** |
| Account Type | **Secured Card** |
| Responsibility | **Joint with REIKEISHA A POLLOCK** |
| Date Opened | **06/22/2020** |
| Status | **Paid, Closed.** |
| Status Updated | **May 2024** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$400** |

| | |
|---|---|
| Highest Balance | **$413** |
| Terms | - |

 ## Payment History



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✔ | ✔ | ✔ | ✔ | CLS | — | — | — | — | — | — | — |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | **30** | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | — | — | — | — | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current / Terms met

**30** Past due 30 days

CLS Closed

## Payment history guide

30 days past due as of Jul 2022

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2024** | $219 | $10 | $50 on 3/21/2024 |
| **Mar 2024** | $223 | $10 | $0 on 2/6/2024 |
| **Feb 2024** | $219 | $10 | $50 on 2/6/2024 |
| **Jan 2024** | $55 | $10 | $50 on 1/10/2024 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | $0 | $0 | $0 on 11/1/2023 |
| **Nov 2023** | $0 | $0 | $79 on 11/1/2023 |

## Additional info

Between Nov 2023 and Apr 2024, your credit limit/high balance was $400

---



## Contact Info

Address

**PO BOX 45085,
JACKSONVILLE FL 32232**

---



## Comment

## Current:

Account closed at credit grantor's request.

## Previous:

None

 ### Reinvestigation Info

This item was updated from our processing of your dispute in May 2025.

# VYSTAR CREDIT UNION

**POTENTIALLY NEGATIVE**

 ### Account Info

| | |
|---|---|
| Account Name | **VYSTAR CREDIT UNION** |
| Account Number | **510750XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **10/14/2021** |
| Status | **Account charged off. $3,706 written off. $3,706 past due as of May 2025.** |
| Status Updated | **May 2025** |
| Balance | **$3,706** |
| Balance Updated | **05/03/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$9,982** |
| Highest Balance | **-** |
| Terms | **60 Months** |
| On Record Until | **Jul 2031** |

 **Payment History**

|      | J   | F   | M   | A   | M   | J   | J   | A   | S   | O   | N   | D   |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | **90** | **120** | **R** | ND | **CO** | — | — | — | — | — | — | — |
| 2024 | **30** | **60** | **60** | **60** | **90** | ✔ | ND | **30** | **30** | ✔ | **60** | **60** |
| 2023 | **30** | **30** | ✔ | ✔ | **30** | ✔ | **30** | **30** | **30** | **60** | **30** | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | **30** | **30** | ✔ | **30** | **30** | **60** |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✔ | ✔ |

✔    Current / Terms met

30    Past due 30 days

60    Past due 60 days

90    Past due 90 days

120    Past due 120 days

R    Repossession

CO    Charge off

ND    No data for this period

## Payment history guide

Charge Off as of May 2025

Repossession as of Mar 2025

120 days past due as of Feb 2025

90 days past due as of Jan 2025,May 2024

60 days past due as of Dec 2024,Nov 2024,Apr 2024 to Feb 2024,Oct 2023,Dec 2022

30 days past due as of Sep 2024,Aug 2024,Jan 2024,Nov 2023,Sep 2023 to Jul 2023,May 2023,Feb 2023,Jan 2023,Nov 2022,Oct 2022,Aug 2022,Jul 2022

This account is scheduled to continue on record until Jul 2031.

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Apr 2025** | $3,984 | $0 | $1,965 on 11/18/2024 |
| **Mar 2025** | $5,949 | $0 | $0 on 11/18/2024 |
| **Feb 2025** | $5,949 | $238 | $0 on 11/18/2024 |
| **Jan 2025** | $5,949 | $238 | $0 on 11/18/2024 |
| **Dec 2024** | $5,949 | $238 | $20 on 11/18/2024 |
| **Nov 2024** | $5,949 | $238 | $0 on 9/17/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Oct 2024** | $5,949 | $238 | $370 on 9/17/2024 |
| **Sep 2024** | $6,261 | $238 | $250 on 8/30/2024 |
| **Aug 2024** | $6,424 | $238 | $373 on 8/1/2024 |
| **Jun 2024** | $6,539 | $238 | $0 on 5/3/2024 |
| **May 2024** | $7,392 | $238 | $0 on 3/29/2024 |
| **Apr 2024** | $7,392 | $238 | $196 on 3/29/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Mar 2024** | $7,488 | $238 | $180 on 2/24/2024 |
| **Feb 2024** | $7,502 | $238 | $0 on 1/3/2024 |
| **Jan 2024** | $7,502 | $238 | $128 on 1/3/2024 |
| **Dec 2023** | $7,502 | $238 | $506 on 11/25/2023 |
| **Nov 2023** | $7,843 | $238 | $391 on 10/11/2023 |

## Additional info

The original amount of this account was $9,982



## Contact Info

Address                          **PO BOX 45085,**
                                 **JACKSONVILLE FL 32232**

Phone Number                     [(904) 777-6000](tel:9047776000)



## Reinvestigation Info

**This item was updated from our processing
of your dispute in May 2025.**

# WEBBANK/FINGERHUT



## Account Info

Account Name                     **WEBBANK/FINGERHUT**

Account Number                   **636992XXXXXXXXXX**

Account Type                     **Charge Card**

| | |
|---|---|
| Responsibility | **Individual** |
| Date Opened | **08/16/2018** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Sep 2019** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Credit Limit | **$300** |
| Highest Balance | **$0** |
| Terms | **-** |
| On Record Until | **Sep 2029** |

---

$ **Payment History**

J    F    M    A    M    J    J    A    S    O    N    D

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — |
| 2018 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

 Current / Terms met

CLS  Closed

This account is scheduled to continue on record until Sep 2029.

---

## ✉ Contact Info

| | |
|---|---|
| Address | **6250 RIDGEWOOD RD, SAINT CLOUD MN 56303** |
| Phone Number | **(866) 734-0342** |

---

# WESTLAKE FINANCIAL SVCS



# Account Info

| | |
|---|---|
| Account Name | **WESTLAKE FINANCIAL SVCS** |
| Account Number | **3725XXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **06/07/2025** |
| Status | **Open/Never late.** |
| Status Updated | **Oct 2025** |
| Balance | **$9,648** |
| Balance Updated | **10/27/2025** |
| Recent Payment | **-** |
| Monthly Payment | **$500** |
| Original Balance | **$10,355** |
| Highest Balance | **-** |
| Terms | **29 Months** |

 ## Payment History

|   | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | — | — |

✓ Current / Terms met

---

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2025** | **$9,648** | **$500** | **$500 on 9/16/2025** |
| **Aug 2025** | **$9,910** | **$500** | **$500 on 8/16/2025** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2025 | $10,151 | $500 | $500 on 7/14/2025 |
| Jun 2025 | $10,355 | $500 | $0 |

## Additional info

The original amount of this account was $10,355

---

 ## Contact Info

Address            4751 WILSHIRE BLVD,
                   LOS ANGELES CA 90010

Phone Number       (323) 692-8800

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**CITBANK NA., BEST BUY**
Inquired on 07/22/2025

5800 S CORPORATE PL SIOUX FALLS SD, 57108

Unspecified. This

**NOWCOM/WESTLAKE FINANCIA**
Inquired on 06/07/2025

4751 WILSHIRE BLVD LOS ANGELES CA, 90010

**NOWCOM/LIZ AUTO SALES LL**
Inquired on 05/30/2025

808 PINE ST ORLANDO FL, 32824

Auto loan. This inquiry is

**JPMCB CARD**
Inquired on 08/19/2024

PO BOX 15298 WILMINGTON DE, 19850

Unspecified. This inquiry is scheduled to continue

inquiry is scheduled to continue on record until Aug 2027.

Auto loan. This inquiry is scheduled to continue on record until Jul 2027.

scheduled to continue on record until Jun 2027.

on record until Sep 2026.

**AUTONATION FINANCE/DS**
Inquired on 05/01/2024

6 EXECUTIVE CIR

**CAP ONE AUTO FIN VIA DEALER**
Inquired on 05/01/2024

PO BOX 259407

**CREDIT ACCEPTANCE**
Inquired on 05/01/2024

25505 W 12 MILE RD STE 3000

**EXETER FINANCE LLC/WCG**
Inquired on 05/01/2024

2101 W JOHN

STE 100
IRVINE
CA,
92614

Unspecifi
ed. This
inquiry is
scheduled
to
continue
on record
until Jun
2026.

PLANO
TX,
75025

Auto loan.
This
inquiry is
scheduled
to
continue
on record
until Jun
2026.

SOUTHF
IELD MI,
48034

Unspecifi
ed. This
inquiry is
scheduled
to
continue
on record
until Jun
2026.

CARPEN
TER
FWY
IRVING
TX,
75063

Auto loan.
This
inquiry is
scheduled
to
continue
on record
until Jun
2026.

GLOBAL
LENDIN
G
SERVICE
S

SANTAN
DER
CONSU
MER
USA

XACTUS
-
AVANTU
S

| | | |
|---|---|---|
| Inquired on 05/01/2024 | Inquired on 05/01/2024 | Inquired on 04/29/2024 |
| 3399 PEACHTREE RD NE STE 400 ATLANTA GA, 30326 | 1601 ELM ST STE 800 DALLAS TX, 75201 | 600 SAWMILL RD WEST HAVEN CT, 06516 |
| Unspecified. This inquiry is scheduled to continue on record | Unspecified. This inquiry is scheduled to continue on record until Jun 2026. | Real Estate on behalf of SUMMIT MORTGAGE CORPORAT. This |



until Jun
2026.

inquiry is
scheduled
to
continue
on record
until May
2026.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

Case 3:26-cv-00137    Document 1-1    Filed 04/23/26    Page 230 of 286 PageID 233

| **AFTERPAY US INC** | **CLARITY/AMIC US-ALCHEMY** | **CLARITY/AMIC US-ALCHEMY** | **CLARITY/CAPITALCOM BK-ELE** |
|---|---|---|---|
| Inquired on 06/26/2025 | Inquired on 12/21/2024 | Inquired on 12/21/2024 | Inquired on 06/01/2025 |
| 760 MARKET ST, SAN FRANCISCO CA 94102 | 1920 ALCOTT AVE, CHICO CA 95928 | 1920 ALCOTT AVE, CHICO CA 95928 | 3280 N UNIVERSITY AVE, PROVO UT 84604 |
| (855) 289-6014 | | | |

**CLARITY/CAPITALCOM BKELEV**

Inquired on 06/01/2025

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CASH ADVANCE NOW**

Inquired on 12/21/2024

353 OLD HAYS RD, HAYS MT 59527

**CLARITY/CBW/ CREDIT FRESH**

Inquired on 12/21/2024

109 E MAIN ST, WEIR KS 66781

**CLARITY/CCB/TLS/MKANYLT/**

Inquired on 12/21/2024

PO BOX 16, ALLEN TX 75013

(866) 390-3118

**CLARITY/CCBANK-OPPLOANS**

Inquired on 05/30/2025 and 12/21/2024

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CCFLOW/TLS/AF247**

Inquired on 01/29/2025

3280 N UNIVERSITY AVE, PROVO UT 84604

**CLARITY/CREDIT FRESH**

Inquired on 12/21/2024

200 CONTINENTAL DR STE 401, NEWARK DE 19713

**CLARITY/CREDIT NINJA FMS**

Inquired on 12/21/2024

27 N WACKER DR STE 404, CHICAGO IL 60606
(855) 646-5201

**CLARITY/CREDIT NINJA/FMS**
Inquired on 12/21/2024

27 N WACKER DR STE 404, CHICAGO IL 60606

**CLARITY/CREDIT NINJA/FMS**
Inquired on 12/21/2024

27 N WACKER DR STE 404, CHICAGO IL 60606

**CLARITY/CREDIT TFRESH**
Inquired on 12/21/2024

200 CONTINENTAL DR STE 401, NEWARK DE 19713
(866) 255-1668

**CLARITY/EXPLORE-INSIGHT**
Inquired on 12/21/2024

1 WAKPA MNI LAKE ROAD, WAKPA MNI LAKE SD 57716
(844) 355-

5626

| | | | |
|---|---|---|---|
| **CLARITY/EXPLORE-INSIGHT** Inquired on 12/21/2024<br><br>1 WAKPA MNI LAKE ROAD, WAKPA MNI | **CLARITY/GREAT PLAINS FIN** Inquired on 12/21/2024<br><br>353 OLD HAYS RD, HAYS MT 59527 | **CLARITY/LUCENT CASH** Inquired on 12/21/2024<br><br>100C SCHOOL HOUSE CANYON RD, SANTA YSABEL | **CLARITY/LUCENT CASH** Inquired on 12/21/2024<br><br>100C SCHOOL HOUSE CANYON RD, SANTA YSABEL |

LAKE SD
57716

[(844)
355-
5626](tel:8443555626)

CA
92070

CA
92070

| | | | |
|---|---|---|---|
| **CLARITY/MONEYKEY** | **CLARITY/MONEYKEY** | **CLARITY/POSSIBLE FINANCI** | **CLARITY/RISE/FINWISE/EDS** |
| Inquired on 12/21/2024 | Inquired on 12/21/2024 | Inquired on 01/17/2025 | Inquired on 12/21/2024 |
| 69 YONGE STREET SUITE 1500, TORONT | 69 YONGE STREET SUITE 1500, TORONT | 2231 1ST AVE # B, SEATTLE WA 98121 | 4150 INTERNATIONAL PLZ STE 300, FORT |

| O ON 00000 (866) 255-1668 | O ON 00000 (866) 255-1668 | | WORTH TX 76109 |
|---|---|---|---|
| **CONSU MERINF O.COM** Inquired on 11/26/2 025, 06/27/2 025 and 04/28/2 025 <br><br>475 ANTON | **CREDIT CONTRO L, LLC** Inquired on 05/27/2 025 <br><br>5757 PHANTO M DR STE 330, HAZELW | **CREDIT KARMA** Inquired on 11/26/2 025, 11/25/2 025, 11/21/2 025, 11/19/2 025, 11/18/2 025, | **CREDIT KARMA** Inquired on 11/22/2 025, 11/19/2 025, 11/15/2 025, 11/12/2 025, 11/08/2 025, |

| BLVD, COSTA MESA CA 92626 | OOD MO 63042 [(314) 442-7400](tel:3144427400) | 11/15/2025, 11/14/2025, 11/13/2025, 11/11/2025, 11/09/2025, 11/08/2025, 11/07/2025, 11/06/2025, 11/01/2025, 10/29/2025, | 11/05/2025, 11/01/2025, 10/29/2025, 10/27/2025, 10/22/2025, 10/18/2025, 10/15/2025, 10/11/2025, 10/08/2025, 10/04/2025, |

| | |
|---|---|
| 10/23/2025, | 10/01/2025, |
| 10/22/2025, | 09/28/2025, |
| 10/17/2025, | 09/25/2025, |
| 10/16/2025, | 09/20/2025, |
| 10/15/2025, | 09/17/2025, |
| 10/14/2025, | 09/13/2025, |
| 10/11/2025, | 09/10/2025, |
| 10/08/2025, | 09/06/2025, |
| 10/07/2025, | 09/03/2025, |
| 10/01/2025, | 09/01/2025, |

| | |
|---|---|
| 09/30/2025, | 08/27/2025, |
| 09/28/2025, | 08/16/2025, |
| 09/23/2025, | 08/14/2025, |
| 09/22/2025, | 08/09/2025, |
| 09/21/2025, | 08/06/2025, |
| 09/20/2025, | 08/02/2025, |
| 09/18/2025, | 07/30/2025, |
| 09/17/2025, | 07/27/2025, |
| 09/14/2025, | 07/23/2025, |
| 09/12/2025, | 07/19/2025, |

| | |
|---|---|
| 09/07/2 025, | 07/16/2 025, |
| 09/02/2 025, | 07/12/2 025, |
| 09/01/2 025, | 07/09/2 025, |
| 08/28/2 025, | 07/05/2 025, |
| 08/27/2 025, | 07/02/2 025, |
| 08/25/2 025, | 06/29/2 025, |
| 08/24/2 025, | 06/25/2 025, |
| 08/22/2 025, | 06/21/2 025, |
| 08/21/2 025, | 06/18/2 025, |
| 08/20/2 025, | 06/14/2 025, |

| | 08/18/2025, 08/17/2025, 08/15/2025, 08/14/2025, 08/13/2025, 08/08/2025, 08/07/2025, 08/06/2025, 08/05/2025, 08/02/2025, | 06/11/2025, 06/07/2025, 06/04/2025, 06/01/2025, 05/28/2025, 05/24/2025, 05/21/2025, 05/17/2025, 05/10/2025, 05/07/2025, |

| | |
|---|---|
| 08/01/2025, | 05/03/2025, |
| 07/29/2025, | 04/30/2025, |
| 07/27/2025, | 04/27/2025, |
| 07/24/2025, | 04/23/2025, |
| 07/23/2025, | 04/19/2025, |
| 07/22/2025, | 04/16/2025, |
| 07/16/2025, | 04/12/2025, |
| 07/15/2025, | 04/09/2025, |
| 07/09/2025, | 04/05/2025, |
| 07/02/2025, | 04/02/2025, |

| | | | | | 07/01/2025,<br>06/28/2025,<br>06/26/2025,<br>06/24/2025,<br>06/22/2025,<br>06/21/2025,<br>06/18/2025,<br>06/17/2025,<br>06/14/2025,<br>06/12/2025, | 03/30/2025,<br>03/26/2025,<br>03/22/2025,<br>03/19/2025,<br>03/15/2025,<br>03/12/2025,<br>03/08/2025,<br>03/05/2025,<br>03/01/2025,<br>02/26/2025, |

| | |
|---|---|
| 06/11/2025, | 02/23/2025, |
| 06/10/2025, | 02/19/2025, |
| 06/08/2025, | 02/15/2025, |
| 06/07/2025, | 02/12/2025, |
| 06/06/2025, | 02/08/2025, |
| 06/02/2025, | 02/06/2025, |
| 06/01/2025, | 02/01/2025, |
| 05/31/2025, | 01/29/2025, |
| 05/29/2025, | 01/26/2025, |
| 05/28/2025, | 01/22/2025, |

| | | | | | 05/27/2025, 05/24/2025, 05/22/2025, 05/21/2025, 05/20/2025, 05/19/2025, 05/18/2025, 05/17/2025, 05/16/2025, 05/15/2025, | | 01/18/2025, 01/15/2025, 01/11/2025, 01/08/2025, 01/04/2025, 01/01/2025, 12/29/2024, 12/25/2024, 12/21/2024, 12/18/2024, |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| 05/11/2025, 05/10/2025, 05/09/2025, 05/07/2025, 05/04/2025, 05/01/2025, 04/30/2025, 04/29/2025, 04/28/2025, 04/27/2025, | 12/14/2024, 12/11/2024, 12/07/2024, 12/04/2024, 12/01/2024 and 11/27/2024<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 |

04/26/2
025,
04/25/2
025,
04/23/2
025,
04/22/2
025,
04/20/2
025,
04/19/2
025,
04/18/2
025,
04/16/2
025,
04/15/2
025,
04/12/2
025,

04/11/2
025,
04/04/2
025,
04/02/2
025,
04/01/2
025,
03/30/2
025,
03/29/2
025,
03/28/2
025,
03/27/2
025,
03/26/2
025,
03/22/2
025,

03/19/2
025,
03/18/2
025,
03/16/2
025,
03/15/2
025,
03/13/2
025,
03/11/2
025,
03/10/2
025,
03/09/2
025,
03/08/2
025,
03/05/2
025,

03/04/2

025,

03/01/2

025,

02/22/2

025,

02/21/2

025,

02/19/2

025,

02/18/2

025,

02/15/2

025,

02/13/2

025,

02/12/2

025,

02/11/2

025,

02/10/2
025,
02/09/2
025,
02/08/2
025,
02/07/2
025,
02/06/2
025,
02/01/2
025,
01/29/2
025,
01/28/2
025,
01/25/2
025,
01/23/2
025,

01/22/2
025,
01/19/2
025,
01/18/2
025,
01/16/2
025,
01/14/2
025,
01/13/2
025,
01/08/2
025,
01/05/2
025,
01/01/2
025,
12/31/2
024,

12/28/2
024,
12/27/2
024,
12/23/2
024,
12/22/2
024,
12/19/2
024,
12/18/2
024,
12/17/2
024,
12/14/2
024,
12/13/2
024,
12/12/2
024,

12/11/2
024,
12/07/2
024,
12/06/2
024,
12/05/2
024,
12/01/2
024,
11/30/2
024,
11/28/2
024 and
11/27/2
024

760
MARKET
ST FL 2,

SAN
FRANCI
SCO CA
94102

(415)

| **CREDIT KARMA** | **CREDIT KARMA INC** | **CREDIT** **510** **ONE A/F** **MS** | **DRIVETI ME AUTOM OTIVE GRO** |
|---|---|---|---|

**CREDIT KARMA**
Inquired on 07/23/2 025 and 05/30/2 025

760 MARKET ST FL 2, SAN FRANCI

**CREDIT KARMA INC**
Inquired on 07/22/2 025, 06/11/2 025, 06/10/2 025, 06/07/2 025 and 05/30/2 025

**CREDIT ONE A/F MS**
Inquired on 12/21/2 024

27 N WACKER DR STE 404, CHICAG O IL 60606

**DRIVETI ME AUTOM OTIVE GRO**
Inquired on 02/05/2 025

1720 W RIO SALADO PKWY, TEMPE

SCO CA
94102

760
MARKET
ST FL 2,
SAN
FRANCI
SCO CA
94102

AZ
85281
(602)
852-
6600

**EXPERI
AN**
Inquired
on
11/26/2
025 and
04/28/2
025

**EXPERI
AN**
Inquired
on
11/22/2
025,
11/15/2
025,
11/08/2
025,

**EXPERI
AN**
Inquired
on
11/20/2
025,
08/19/2
025,
08/12/2
025,

**EXPERI
AN**
Inquired
on
07/01/2
025

PO BOX
9600,
ALLEN

| | | | |
|---|---|---|---|
| 475 ANTON BLVD, COSTA MESA CA 92626 | 11/01/2025, 10/25/2025, 10/18/2025, 10/11/2025, 10/04/2025, 09/27/2025, 09/20/2025, 09/13/2025, 09/06/2025, 08/30/2025, | 07/22/2025, 06/07/2025, 05/30/2025, 05/22/2025, 05/10/2025, 05/09/2025, 05/08/2025, 05/03/2025, 04/13/2025, 03/29/2025, | TX 75013 (800) 311-4769 |

| | 08/23/2025, 08/16/2025, 08/09/2025, 08/02/2025, 07/26/2025, 07/19/2025, 07/12/2025, 07/05/2025, 07/01/2025, 06/28/2025, | 03/04/2025, 02/07/2025, 01/08/2025, 12/27/2024, 12/18/2024 and 12/17/2024

475 ANTON BLVD, COSTA MESA CA 92626 |

06/27/2
025,
06/21/2
025,
06/14/2
025,
06/07/2
025,
05/31/2
025,
05/24/2
025,
05/17/2
025,
05/10/2
025,
05/03/2
025,
04/26/2
025,

04/19/2
025,
04/12/2
025,
04/05/2
025,
03/29/2
025,
03/22/2
025,
03/15/2
025,
03/08/2
025,
03/01/2
025,
02/22/2
025,
02/15/2
025,

02/08/2
025,
02/01/2
025,
01/25/2
025,
01/18/2
025,
01/11/2
025,
01/04/2
025,
12/28/2
024,
12/23/2
024,
12/21/2
024,
12/14/2
024,

12/07/2
024 and
11/30/2
024

475
ANTON
BLVD,
COSTA
MESA
CA
92626
(866)
431-
3471

| EXPERI<br>AN<br>Inquired<br>on | EXPERI<br>AN<br>Inquired<br>on | EXPERI<br>AN<br>CREDIT<br>MATCH | EXPERI<br>AN CS<br>IDENTIT<br>Y |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| 06/11/2025 and 06/10/2025<br><br>475 ANTON BLVD, COSTA MESA CA 92626 | 04/28/2025<br><br>PO BOX 9600, ALLEN TX 75013<br>(800) 311-4769 | Inquired on 07/01/2025 and 06/27/2025<br><br>475 ANTON BLVD # D4, COSTA MESA CA 92626 | Inquired on 03/25/2025<br><br>535 ANTON BLVD STE 100, COSTA MESA CA 92626 |
| **EXPERI ANHLTH**<br>Inquired on | **LEXISNE XIS/INS/ STATE FARM** | **LN/AAA MICHIG AN** | **LN/DAT ALAB/P ROGRES SIVE** |

| 09/01/2025 | Inquired on 06/11/2025 | Inquired on 06/17/2025 | Inquired on 06/04/2025 |
|---|---|---|---|
| 720 COOL SPRINGS BLVD STE 200, FRANKLIN TN 37067 (763) 416-1030 | 1000 ALDERMAN DR, ALPHARETTA GA 30005 (800) 456-6004 | 1 AUTO CLUB DR, DEARBORN MI 48126 | 6300 WILSON MILLS RD, MAYFIELD VILLAGE OH 44143 |
| On behalf of SRCHAMER/HCA NATIONAL PA for | On behalf of STATE FARM INSURANCE COM for | | |

Legitimate Business Need | Insurance underwriting | | |

### ONEMAIN

Inquired on 12/21/2024

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

### PROGRESSIVE INSURANCE

Inquired on 06/10/2025

PO BOX 6807, CLEVELAND OH 44101
(800) 776-

### QUINSTREET/GUIDE TO LEND

Inquired on 12/21/2024

950 TOWER LN FL 6, FOSTER CITY CA 94404

### RISE/CCB/EDS

Inquired on 06/01/2025

3280 N UNIVERSITY AVE, PROVO UT 84604
(801) 356-

| | | |
|---|---|---|
| **4737** | **(650) 578-7700** | **6699** |

| **RISE/FI NWISE BANK/E DS** Inquired on 12/21/2 024 756 E WINCHE STER ST STE 100, MURRAY UT 84107 | **SOFI BANK NA** Inquired on 11/18/2 025 2750 E COTTON WOOD PKWY, COTTON WOOD HEIGHT S UT 84121 | **SSA OPTION 6** Inquired on 03/27/2 025 6401 SECURIT Y BLVD, BALTIM ORE MD 21235 | **TRANSU NION INTERA CTIVE I** Inquired on 08/21/2 025, 06/25/2 025, 04/28/2 025 and 03/28/2 025 100 CROSS |

(855)

456-

7634

ST STE
202,
SAN
LUIS
OBISPO
CA
93401
(805)
782-
8282

**WESTLA
KE
FINANCI
AL SVC**
Inquired
on
10/29/2
025



4751
WILSHIR
E BLVD
STE 100,
LOS
ANGELE
S CA
90010
(323)
692-
8800

# Important Messages

## Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Public Records Information

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

# Contact Experian

## Online

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

### Phone

**Monday - Friday**
9am to 5pm
(855) 414-6047

### Mail

**Experian**
PO Box 9701
Allen, TX 75013

# Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite*
*[www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) o escribe a la Consumer*
*Financial Protection Bureau, 1700 G Street N.W., Washington, D.C.*
*20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take

another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See [www.consumerfinance.gov/learnmore](http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the

trucking industry. For more information, go to
[www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit
[www.consumerfinance.gov/learnmore](www.consumerfinance.gov/learnmore).

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which

you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

**FOR QUESTIONS OR CONCERNS REGARDING:**

**PLEASE CONTACT:**

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**a.** Office of the Comptroller of the Currency Customer Assistance Group P.O. Box 53570 Houston, TX 77052

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign

**b.** Federal Reserve Consumer Help Center PO Box 1200

banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street

Alexandria, VA 22314

**3.** Air carriers

Assistant General
Counsel for Office of
Aviation Consumer
Protection
Department of
Transportation
1200 New Jersey
Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface
Transportation Board

Office of Public
Assistance,
Governmental Affairs,
and Compliance

Surface Transportation
Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and
Stockyards Act

Nearest Packers and
Stockyards Division
Regional Office

**6.** Small Business Investment
Companies

Associate
Administrator, Office of
Capital Access
United States Small
Business
Administration
409 Third Street SW,
Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and
Exchange Commission
100 F Street NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580
(877) 382-4357

# Notification of Rights

- [Notification of Rights for California Consumers](#)
- [Notification of Rights for Colorado Consumers](#)
- [Notification of Rights for Connecticut Consumers](#)
- [Notification of Rights for Maryland Consumers](#)
- [Notification of Rights for Massachusetts Consumers](#)
- [Notification of Rights for Texas Consumers](#)
- [Notification of Rights for Vermont Consumers](#)
- [Notification of Rights for Washington Consumers](#)